**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Massachusetts

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Jose
First name

_____
Middle name

Encarnacion
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ___ ___ ___ ___    OR    9xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

---

Official Form 105    Involuntary Petition Against an Individual    page **1**

Debtor _____    Case number (if known)_____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | 7 Lucian Street <br> Number   Street | <br> Number   Street |
| | Worcester    MA   01603 <br> City    State   ZIP Code | <br> City    State   ZIP Code |
| | Worcester <br> County | |
| | **Principal place of business** | |
| | Trinity Estate Investments & Development, LLC <br> Number   Street | |
| | 108 Beacon Street | |
| | Worcester    MA   01603 <br> City    State   ZIP Code | |
| | Suffolk County <br> County | |

| 7. Type of business | ☐ Debtor does not operate a business |
|---|---|
| | *Check one if the debtor operates a business:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☒ None of the above   Real Estate Investment Company |

| 8. Type of debt | **Each petitioner believes:** |
|---|---|
| | ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | ☒ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |

| 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☒ No |
|---|---|
| | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |
| | Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |

Debtor _____   Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Innocent Izabayo<br>1555 Eastland Parkway, Apt. 2004<br>Lexington, Kentucky 40505 | Investment - Breach of Contract | $ 81,900.00 |
| Eric Ndagijimana<br>2516 Maggie Cove<br>Lexington, KY 40511 | Investment - Breach of Contract | $ 32,000.00 |
| Akilmali Nkwaya Placide<br>1328 Greendale Road<br>Lexington, KY 40511 | Investment - Breach of Contract | $ 91,000.00 |
| | Total | $ 209,900.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____   Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _/s/ [signature]_____
Signature of petitioner or representative, including representative's title

**Innocent Izabayo**
Printed name of petitioner

Date signed ___ / ___ / _____
         MM / DD / YYYY

Mailing address of petitioner

**1555 Eastland Parkway, Apt. 2004**
Number   Street

**Lexington**          **KY**     **40505**
City                    State     ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Attorneys**

X  /s/ Carl D. Aframe
Signature of attorney

**Carl D. Aframe, Esquire**
Printed name

**Aframe & Barnhill, P.A.**
Firm name, if any

**390 Main Street, Suite 901**
Number   Street

**Worcester**                **MA**     **01607**
City                          State     ZIP Code

Date signed  **01.22.2026**
             MM / DD / YYYY

Contact phone **508.756.6940**   Email aframe@aframebarnhill.net

Debtor _____     Case number (if known) _____

X ___[signature]_____
Signature of petitioner or representative, including representative's title

**Eric Ndagijimana**
Printed name of petitioner

Date signed ____ MM / DD / YYYY ____

Mailing address of petitioner

**2516 Maggie Cove**
Number   Street

**Lexington**        **KY**    **40511**
City              State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City       State ZIP Code

X /s/ Carl D. Aframe
Signature of Attorney

**Carl D. Aframe, Esquire**
Printed name

**Aframe & Barnhill, P.A.**
Firm name, if any

**390 Main Street, Suite 901**
Number   Street

**Worcester**         **MA**    **01608**
City              State       ZIP Code

Date signed  **01.22.2026**
             MM / DD / YYYY

Contact phone **508.756.6940**   Email _____
aframe@aframebarnhill.net

---

X ___[signature]_____
Signature of petitioner or representative, including representative's title

**Akilimali Nkwaya Placide**
Printed name of petitioner

Date signed ____ MM / DD / YYYY ____

Mailing address of petitioner

**1328 Greendale Road**
Number   Street

**Lexington**        **KY**    **40511**
City              State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City       State       ZIP Code

X /s/ Carl D. Aframe
Signature of Attorney

**Carl D. Aframe, Esquire**
Printed name

**Aframe & Barnhill, P.A.**
Firm name, if any

**390 Main Street, Suite 901**
Number   Street

**Worcester**         **MA**    **01608**
City              State       ZIP Code

Date signed  **01.22.2026**
             MM / DD / YYYY

Contact phone **508.756.6940**   Email aframe@aframebarnhill.
aframe@aframebarnhill.net

Official Form 105          Involuntary Petition Against an Individual          page 5