Innocent Izabayo
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

Eric Ndagijimana
2516 Maggie Cove
Lexington, Kentucky 40511

Akilmali Nkwaya Placide
1328 Greendale road
Lexington, Kentucky 40511