United States Bankruptcy Court
District of Massachusetts

In re:     Case No. 26-40065-cjp
Jose Encarnacion     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 1
Date Rcvd: Jan 23, 2026     Form ID: involsum     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

**Name     Email Address**

Carl D. Aframe
    on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe
    on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe
    on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Jose Encarnacion,
Debtor

Chapter: 7
Case No: 26−40065
Judge Christopher J. Panos

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **JANUARY 23, 2026** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

Name and Address of Petitioners' Attorney:

Carl Aframe, Esq.
Aframe & Barnhill
390 Main Street, Suite 901
Worcester, MA 01608

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 1/23/26

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Sophia Howard
Deputy Clerk
(508) 770− 8932

Chapter 7
Case Number: 26–40065
Judge Christopher J. Panos

## CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                           _____
Date                                                                                Signature

_____
Print Name
_____
Business Address
_____
City             State             Zip