**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **In re:** | |
| **JOSE ENCARNACION** | **CHAPTER 7** |
| **DEBTOR** | **CASE NO. 26-40065** |

**CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that I served copy of the Summons and Involuntary Petition for Relief by sending via Constable, Certified Mail Return Receipt and First-Class Mail to the following:

Jose Encarnaction
7 Lucian Street
Worcester, MA 01608

/s/ *Carl D. Aframe*

Carl D. Aframe, Esq., BBO #012780
AFRAME & BARNHILL P.A.
390 Main Street, Suite 901
Worcester, MA 01608
Telephone: 508.756.6940
Facsimile:  508.753.8219
aframe@aframebarnhill.net

**UNITED STATES POSTAL SERVICE**

February 4, 2026

Dear Carl Aframe:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1598 7889 88**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 2, 2026, 2:43 pm |
| Location: | WORCESTER, MA 01603 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | MAILBOX MAILBOX |
| Address of Recipient: | 7 LUCIAN ST, WORCESTER, MA 01603 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004