**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

     **JOSE ENCARNACION**                             **CHAPTER 7**
               **DEBTOR**                         **CASE NO. 26-40065**

**REQUEST FOR ENTRY OF AN ORDER FOR RELIEF IN AN**
**INVOLUNTARY CHAPTER 7 PETITION**

NOW COME, Innocent M. Izabayo, Eric Ndagijimana and Akilmali Nkwaya Placide,

Petitioning Creditors, in the above referenced matter by their counsel and request this Honorable

Court enter an Order for Relief in this Involuntary Chapter 7 case brought by the Petitioners

against the putative Debtor.

In support thereof the Petitioners represent as follows:

1. On January 22, 2026 Petitioners filed an Involuntary Chapter 7 Petition against Jose
   Encarnacion. Doc. 1

2. On January 23, 2026 an Involuntary Summons was issued on the putative Debtor by this
   Court.  Doc. 3

3. On February 4, 2026 counsel filed a Certificate of Service with Proof of Service that a
   copy of the Involuntary Summons and Involuntary Petition, were served upon the Debtor
   by Hannah Doherty, Process Server, by leaving the documents at his last and usual place
   of abode at 7 Lucian Street, Worcester, MA 01603 on **January 28, 2026** at 11:27 A.M.
   Doc. 5

4. The Debtor was required to submit to the clerk a motion or answer to the Petition within
   21 days after service of the summons.

5. 22 days have passed since the service of the Involuntary Petition by the Process Server on
   January 28, 2026.

WHEREFORE, Petitioning Creditors respectfully request that this Honorable Court enter:

1. An Order for Relief; and/or

2. For any other relief this Court deems just and meet.

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify that on this 19th day of February 2026, I served copy of this Request via first class mail to the below parties who have not consented to electronic service:

Jose Encarnacion                              US Trustee
7 Lucian Street                               446 Main Street #14
Worcester, MA 01608                           Worcester, MA 01608

/s/ *Carl D. Aframe*

_____
Carl D. Aframe, Esq., BBO #012780
AFRAME & BARNHILL P.A.
390 Main Street, Suite 901
Worcester, MA 01608
Telephone: 508.756.6940
Facsimile:  508.753.8219
aframe@aframebarnhill.net