

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Jose Encarnacion | Chapter 7 |
| Debtor | 26-40065-CJP |

## ORDER FOR RELIEF

**MATTER:**

#1 Chapter 7 Involuntary Petition Against an Individual Re: Jose Encarnacion filed by Innocent M. Izabayo (attorney Carl D. Aframe), Eric Ndagijimana (attorney Carl D. Aframe), Akilmali Nkwaya Placide (attorney Carl D. Aframe).

UPON CONSIDERATION OF THE PETITIONING CREDTORS' PETITION [ECF NO. 1] AGAINST JOSE ENCARNACION, AND IT APPEARING THAT SUMMONS WAS SERVED UPON MR. ENCARNACION AND NO ANSWER OR OTHER APPLICABLE RESPONSIVE PLEADING HAVING BEEN FILED, AN ORDER FOR RELIEF UNDER CHAPTER 7 OF TITLE 11, UNITED STATES CODE, IS HEREBY ENTERED.

Dated: 02/27/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge