United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 26-40065-cjp
Jose Encarnacion  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 2
Date Rcvd: Feb 27, 2026      Form ID: invol7ou      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Gary M. Weiner-W | gweiner@weinerlegal.com MShapiro@Weinerlegal.com;MA27@ecfcbis.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

District/off: 0101-4 　　　　　User: admin　　　　　Page 2 of 2
Date Rcvd: Feb 27, 2026　　　　Form ID: invol7ou　　　Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Jose Encarnacion ,<br>Debtor | Chapter: 7<br>Case No: 26−40065<br>Judge Christopher J. Panos |

### ORDER TO UPDATE
*(Involuntary Non Individuals Filing Chapter 7)*

**TO DEBTOR'S COUNSEL: YOU ARE HEREBY ORDERED** to file with this Court the document(s) checked below. Failure to file the required documents with the Clerk's office may result in the dismissal of this case.

**NOTE: Official Forms, Director Forms and Local Forms may be downloaded from the Court's website at** www.mab.uscourts.gov

- ☑ − Matrix Sheet: A pdf document listing the names and addresses of all of your creditors, formatted as described in *Local Form 1*.
  Due: **3/2/26**

- ☑ − Upload Matrix to ECF: A .txt file listing the names and addresses of all of your creditors must be uploaded. (From the ECF Bankruptcy Menu, Select "Creditor Maintenance" then select Upload list of creditors file.)
  Due: **3/2/26**

- ☑ − Verification of Matrix
  Due: **3/2/26**

- ☑ − Provide EIN or Tax ID Number
  Due: **3/2/26**

- ☐ − Signature missing or incorrect the petition must be signed by Attorney/Debtor
  Due:

- ☐ − Corporate Vote
  Due:

- ☑ − Filing fee: Payment in the full amount of $338.00 for Ch. 7 or $1738 for Ch. 11. (**NOTE:** No debtor checks accepted; money order or bank checks only made payable to: *"Clerk, U.S. Bankruptcy Court"*).
  Due: **3/2/26**

- ☐ − Small Business Debtor Requirements:
  − Balance Sheet
  − Statement of Operations
  − Cash−flow Statement
  − Federal Income Tax Returns
  − If you do NOT have these documents, provide a statement under penalty of perjury that you do not have these documents, that you have not prepared either a balance sheet, statement of operations, or cash−flow statement or you have not filed a federal tax return.
  Due:

- ☐ − Other:
  Due:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**The documents checked below must be filed with the Court no later than 4:30 p.m. on 3/13/26**

- ☒ Schedule(s) are missing or incomplete: A/B through J
- ☒ Summary of Assets and Liabilities for Non–Individuals *(Official Form 206Sum)*
- ☒ Declaration Under Penalty of Perjury for Non–Individual Debtors *(Official Form 202)*
- ☒ Your Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy *(Official Form B207)*
- ☐ Disclosure of Compensation of Attorney or Debtor *(Director Form 2030)*
- ☐ Disclosure of Ownership Statement Rule 1010(b)
- ☐ List of Equity Security Holders FRBP 1007(a)(3) – Corporations
- ☐ New schedule listing post–petition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

  ☐ List and Verified Declaration attached
  ☐ No post–petition creditors Signature _____ Date _____

| ○ United States Bankruptcy Court<br>John W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ⊙ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |
|---|---|---|

Date: 2/27/26

By the Court,

Karma Johnson
Deputy Clerk
617–748–5334