United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 26-40065-cjp
Jose Encarnacion  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 1
Date Rcvd: Feb 27, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net<br>connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net<br>connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net<br>connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

TOTAL: 4



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Jose Encarnacion | Chapter 7 |
| | 26-40065-CJP |
| Debtor | |

## ORDER FOR RELIEF

**MATTER:**

#1 Chapter 7 Involuntary Petition Against an Individual Re: Jose Encarnacion filed by Innocent M. Izabayo (attorney Carl D. Aframe), Eric Ndagijimana (attorney Carl D. Aframe), Akilmali Nkwaya Placide (attorney Carl D. Aframe).

UPON CONSIDERATION OF THE PETITIONING CREDTORS' PETITION [ECF NO. 1] AGAINST JOSE ENCARNACION, AND IT APPEARING THAT SUMMONS WAS SERVED UPON MR. ENCARNACION AND NO ANSWER OR OTHER APPLICABLE RESPONSIVE PLEADING HAVING BEEN FILED, AN ORDER FOR RELIEF UNDER CHAPTER 7 OF TITLE 11, UNITED STATES CODE, IS HEREBY ENTERED.

Dated: 02/27/2026                                                 By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge