UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.:  26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

**NOTICE OF APPEARANCE OF AND**
**REQUEST FOR NOTICE**

Please enter the Appearance of Troy D. Morrison, Esq., for Jose Encarnacion, Debtor in the above-entitled Involuntary Chapter 7 proceeding.

Pursuant to the Local Rules of the Bankruptcy Court for the District of Massachusetts, I hereby request that I receive copies of all orders entered in this case, copies of all papers and notices given or required to be given in the case to parties in interest and creditors, and further that I be advised, by telephonic notice, if applicable, of all hearings to obtain emergency relief.

/s/ Troy D. Morrison
Troy D. Morrison, Esq.
100 Front Street, Suite 400
Worcester, MA  01608
BBO No. 635389
tmorrison@morrisonlawpc.net
(508) 793-8282

Dated:  March 2, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

### **CERTIFICATE OF SERVICE**

I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 2nd day of March, 2026 served a copy on the following interested parties of the within Notice of Appearance and Request for Notice by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Gary M. Weiner-W**    gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

/s/ Troy D. Morrison
Troy D. Morrison, Esquire

Dated: March 2, 2026