UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

**DEBTOR, JOSE ENCARNACION'S, RESPONSE
TO INVOLUNTARY PETITION**

NOW COMES the Debtor, Jose Encarnacion, and sets forth his Response to the Involuntary Petition filed against the Debtor, as follows:

1. Section 1 speaks for itself and no response is necessary.

2. The Debtor admits the statements in Section 2. The Debtor's further responds that his full name is Jose A. Encarnacion.

3. The Debtor admits the statements in Section 3.

4. The Debtor states the last 4 digits of his social security number as requested in Section 4 are 9-8-8-3.

5. The Debtor states that he does not have an employer identification number as requested in Section 5.

6. The Debtor admits the statements in Section 6.

7. The Debtor admits the statements in Section 7.

8. The Debtor admits the statements in Section 8.

9. The Debtor admits the statements in Section 9.

10. The Debtor admits the statements in Section 10.

11. The Debtor admits that the Debtor is indebted to the Petitioners without admitting or denying the amount of indebtedness but denies the remainder of the statements in Section 11.

12. The Debtor is without information necessary to admit or deny the allegations contained in Section 12 of the Petition and therefore denies the same.

13. The Debtor admits that the Debtor is indebted to the Petitioners without admitting or denying the amount of indebtedness but denies the remainder of the statements in Section 13.

AND FURTHER ANSWERING, the Debtor states that the Debtor is entitled to be a Debtor under Chapter 13 of the United States Bankruptcy Code.

>Jose Encarnacion,
>By his attorney,
>
>s/ Troy D. Morrison_____
>Troy D. Morrison, Esq.
>Law Offices of Troy D Morrison
>100 Front Street, Suite 400
>Worcester, MA  01608
>BBO Number 635389
>tmorrison@morrisonlawpc.net
>Telephone:  (508) 793-8282

Dated:  March 3, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | * |
| | * |
| JOSE ENCARNACION | *   CHAPTER 7 |
| | * |
| | *   CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * |
| | * |

**CERTIFICATE OF SERVICE**

I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 3rd day of March, 2026 served a copy on the following interested parties of the within Response to Involuntary Petition, via ECF and/or first-class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Gary M. Weiner-W**    gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

/s/ Troy D. Morrison
Troy D. Morrison, Esquire

Dated: March 3, 2026