UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                          *
                                *
JOSE ENCARNACION                *        CHAPTER 7
                                *
                                *        CASE NO.:  26-40065-EDK
        DEBTOR(S)               *
                                *

## MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO UPDATE

NOW COMES the Debtor, Jose Encarnacion, through undersigned counsel, and moves this Honorable Court to extend the time to comply with the Order to Update issued by this Honorable Court on all documents in the above-captioned matter for an additional seven (7) days, until March 10, 2026.

As reasons therefore, the Debtor states that he has recently retained undersigned Counsel in this matter, and Counsel needs some time to meet with the Debtor and prepare the necessary documents required by this Honorable Court's Order to Update.  If allowed by this Court, Counsel will have all documents filed within the time requested.

WHEREFORE, the Debtor moves that this Honorable Court extend the deadline to comply with this Honorable Court's Order to Update on all remaining documents to March 10, 2026 and for any further relief this Court deems just and proper.

Jose Encarnacion
By his attorney,

/s/ Troy D. Morrison
Troy D. Morrison, Esq. (BBO#635389)
Morrison & Associates
255 Park Avenue, Suite 1000
Worcester, MA  01609
(508) 793-8282
tmorrison@morrisonlawpc.net

Dated:  March 3, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    *
                                          *
JOSE ENCARNACION                          *        CHAPTER 7
                                          *
                                          *        CASE NO.:  26-40065-EDK
         DEBTOR(S)                        *
                                          *

## <u>CERTIFICATE OF SERVICE</u>

      I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 3rd day of March, 2026, served a copy on the following interested parties of the within Motion to Extend Time to Comply with Order to Update by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV

- **Gary M. Weiner-W**    gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

                         /s/ Troy D. Morrison
                         Troy D. Morrison, Esquire

Dated:  March 3, 2026