03/04/2026 GRANTED. THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [ECF. NO. 9] IS EXTENDED TO MARCH 10, 2026.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                  *
                                        *
JOSE ENCARNACION                        *       CHAPTER 7
                                        *
                                        *       CASE NO.:  26-40065-EDK
            DEBTOR(S)                   *
                                        *

## MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO UPDATE

NOW COMES the Debtor, Jose Encarnacion, through undersigned counsel, and moves this Honorable Court to extend the time to comply with the Order to Update issued by this Honorable Court on all documents in the above-captioned matter for an additional seven (7) days, until March 10, 2026.

As reasons therefore, the Debtor states that he has recently retained undersigned Counsel in this matter, and Counsel needs some time to meet with the Debtor and prepare the necessary documents required by this Honorable Court's Order to Update.  If allowed by this Court, Counsel will have all documents filed within the time requested.

WHEREFORE, the Debtor moves that this Honorable Court extend the deadline to comply with this Honorable Court's Order to Update on all remaining documents to March 10, 2026 and for any further relief this Court deems just and proper.

                                    Jose Encarnacion
                                    By his attorney,

                                    /s/ Troy D. Morrison
                                    Troy D. Morrison, Esq. (BBO#635389)
                                    Morrison & Associates
                                    255 Park Avenue, Suite 1000
                                    Worcester, MA  01609
                                    (508) 793-8282
Dated:  March 3, 2026               tmorrison@morrisonlawpc.net