United States Bankruptcy Court

District of Massachusetts

In re:     Case No. 26-40065-cjp

Jose Encarnacion     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Mar 04, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Gary M. Weiner-W | gweiner@weinerlegal.com MShapiro@Weinerlegal.com;MA27@ecfcbis.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

District/off: 0101-4 User: admin Page 2 of 2
Date Rcvd: Mar 04, 2026 Form ID: pdf012 Total Noticed: 1

Troy D Morrison
          on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

TOTAL: 6



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Jose Encarnacion | Chapter 7 |
| | 26-40065-CJP |
| Debtor | |

## ORDER

**MATTER:**

#13 Answer to Involuntary Petition with certificate of service filed by Debtor Jose Encarnacion.

MOOT. AN ORDER FOR RELIEF UNDER CHAPTER 7 ENTERED AT ECF NO. 8.

Dated: 03/04/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge