United States Bankruptcy Court

District of Massachusetts

In re: Case No. 26-40065-cjp

Jose Encarnacion  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Carl D. Aframe
    on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe
    on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe
    on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net
    connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Gary M. Weiner-W
    gweiner@weinerlegal.com MShapiro@Weinerlegal.com;MA27@ecfcbis.com

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

District/off: 0101-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 04, 2026 | Form ID: pdf012 | Total Noticed: 1

Troy D Morrison
    on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

TOTAL: 6



03/04/2026 GRANTED. THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [ECF. NO. 9] IS EXTENDED TO MARCH 10, 2026.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

### MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO UPDATE

NOW COMES the Debtor, Jose Encarnacion, through undersigned counsel, and moves this Honorable Court to extend the time to comply with the Order to Update issued by this Honorable Court on all documents in the above-captioned matter for an additional seven (7) days, until March 10, 2026.

As reasons therefore, the Debtor states that he has recently retained undersigned Counsel in this matter, and Counsel needs some time to meet with the Debtor and prepare the necessary documents required by this Honorable Court's Order to Update. If allowed by this Court, Counsel will have all documents filed within the time requested.

WHEREFORE, the Debtor moves that this Honorable Court extend the deadline to comply with this Honorable Court's Order to Update on all remaining documents to March 10, 2026 and for any further relief this Court deems just and proper.

Jose Encarnacion
By his attorney,

/s/ Troy D. Morrison
Troy D. Morrison, Esq. (BBO#635389
Morrison & Associates
255 Park Avenue, Suite 1000
Worcester, MA 01609
(508) 793-8282
Dated: March 3, 2026       tmorrison@morrisonlawpc.net