UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

## **STATEMENT OF DEBTOR'S COUNSEL WITH RESPECT TO THE COURT'S ORDER TO UPDATE**

NOW COMES Counsel for the Debtor, and states that the Debtor has not provided Counsel with the items necessary to complete the Debtor's Statements and Schedules, despite numerous requests by Counsel.

Counsel was retained by the Debtor on February 26, 2026 and immediately provided the Debtor with a list of items Counsel needed to complete the Debtor's Statements and Schedules. Counsel repeated his request for this information on March 3, March 8, March 9 and today.  As of the drafting of this Statement, Counsel has not received the necessary documents that Counsel needs in order to prepare the Statements and Schedules required in the Court's Order to Update.

                                              Jose Encarnacion
                                              By his attorney,

                                              /s/ Troy D. Morrison
                                              Troy D. Morrison, Esq. (BBO#635389
                                              Law Office of Troy D Morrison
                                              100 Front Street, Suite 40
                                              Worcester, MA  01608
                                              (508) 793-8282
                                              tmorrison@morrisonlawpc.net

Dated:  March 10, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.: 26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

## **CERTIFICATE OF SERVICE**

  I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 10th day of March, 2026, served a copy on the following interested parties of the within Statement of Debtor's Counsel With Respect to the Court's Order to Update by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe** aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

- **Richard King** USTPRegion01.WO.ECF@USDOJ.GOV

- **Gary M. Weiner-W** gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Jose Encarnacion**
7 Lucian Street
Worcester, MA 01603

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

                                                                /s/ Troy D. Morrison
                                                                Troy D. Morrison, Esquire

Dated:  March 10, 2026