

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER TO SHOW CAUSE

**MATTER:**
#9 Order to Update Re:1.

THE DEBTOR, JOSE ENCARNACION, IS ORDERED TO SHOW CAUSE AT A HEARING SCHEDULED FOR MARCH 24, 2026 AT 1:00 P.M. IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608, AS TO WHY HE SHOULD NOT BE SANCTIONED, INCLUDING MONETARY SANCTIONS, FOR FAILING TO TIMELY COMPLY WITH THE ORDER TO UPDATE [ECF NO. 9]. IF THE DEBTOR FILES THE OUTSTANDING DOCUMENTS BY MARCH 23, 2026 AT 12:00 P.M., THIS SHOW CAUSE ORDER MAY BE RELEASED AND THE HEARING CANCELED.

Dated: 03/11/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge