**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jose A Encarnacion** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Akilmaki Nkwaya Placide**<br><br>Description of property securing debt: **Trinity Estate Investments & Development, LLC**<br>**Debtor is the sole member**<br>**LLC was formed on 3/14/2020**<br><br>**Assets Include:**<br><br>**1142 Berkshire Avenue, Springfield, Massachusetts**<br>**Deed Reference: Book 24713, Page 285**<br>**Mortgage:  WQN Management,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br><br><br><br>**Pay and Retain** _____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Carrington Mortgage Service**<br><br>Description of **7 Lucian Street Worcester, MA 01603  Worcester County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Debtor 1    **Jose A Encarnacion**                                    Case number (*if known*)  _____

| property securing debt: | **Principal Residence<br>Deed Reference:  Book 43810, Page 369<br>Declaration of Homestead Reference:  Book 43810, Page 381** | ■ Retain the property and [explain]:<br><br><br>**Pay and Retain** |
|---|---|---|

---

| Creditor's name: | **Innocent Izabayo** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Trinity Estate Investments & Development, LLC<br>Debtor is the sole member<br>LLC was formed on 3/14/2020**<br><br>**Assets Include:**<br><br>**1142 Berkshire Avenue, Springfield, Massachusetts<br>Deed Reference: Book 24713, Page 285<br>Mortgage:  WQN Management,** | **Pay and Retain** | |

---

| Creditor's name: | **Jessica Reyes Lambert** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Trinity Estate Investments & Development, LLC<br>Debtor is the sole member<br>LLC was formed on 3/14/2020**<br><br>**Assets Include:**<br><br>**1142 Berkshire Avenue, Springfield, Massachusetts<br>Deed Reference: Book 24713, Page 285<br>Mortgage:  WQN Management,** | **Pay and Retain** | |

---

| Creditor's name: | **Olivier Shema** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Trinity Estate Investments & Development, LLC<br>Debtor is the sole member<br>LLC was formed on 3/14/2020**<br><br>**Assets Include:**<br><br>**1142 Berkshire Avenue, Springfield, Massachusetts<br>Deed Reference: Book 24713, Page 285<br>Mortgage:  WQN Management,** | **Pay and Retain** | |

---

Debtor 1   **Jose A Encarnacion**                                    Case number (*if known*)

---

Creditor's name:   **Robert S. & Immelde Zebedayo**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a
   *Reaffirmation Agreement.*
■ Retain the property and [explain]:

☐ No

■ Yes

Description of property securing debt:

**7 Lucian Street Worcester, MA
01603  Worcester County
Principal Residence
Deed Reference:  Book 43810,
Page 369
Declaration of Homestead
Reference:  Book 43810, Page
381**

**Pay and Retain**

---

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Jose A Encarnacion**                                    X _____
**Jose A Encarnacion**                                             Signature of Debtor 2
Signature of Debtor 1

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

Debtor 1    **Jose A Encarnacion**                                    Case number *(if known)*

Date    **March 23, 2026**                              Date