B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Massachusetts

In re   **Jose A Encarnacion**                                                                  Case No.

Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $           **5,000.00**

    Prior to the filing of this statement I have received                          $               **0.00**

    Balance Due                                                                      $           **5,000.00**

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [List other services that counsel has agreed to provide]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Counsel specifically agrees to provide all legal services to the Debtor(s) incident to the completion and adequate representation of the Debtor(s) interest(s) in the instant case.  The parties agree that, should the amount of compensation paid prior to the filing of this case be insufficient to compensate Counsel for legal work performed, Counsel may file a fee application with the Court for compensation of services performed after the filing, including adversary proceedings and other contested matters.  The parties agree that the fee charged does not include removal of any judicial liens or attachments on real estate of the Debtor(s).**

In re   **Jose A Encarnacion**                                          Case No. _____

                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 23, 2026**                                    **/s/ Troy D. Morrison MA BBO#**
*Date*                                                **Troy D. Morrison MA BBO# 635389**
                                                       *Signature of Attorney*
                                                       **Troy D. Morrison, Atty At Law**
                                                       **100 Front Street**
                                                       **Suite 400**
                                                       **Worcester, MA 01608**
                                                       **(508) 793-8282  Fax: (508) 797-3096**
                                                       **tmorrison@morrisonlawpc.net**
                                                       *Name of law firm*