## United States Bankruptcy Court
### District of Massachusetts

In re __Jose A Encarnacion__                      Case No. _____

                                        Debtor(s)          Chapter    __7__ _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: __March 23, 2026__             __/s/ Jose A Encarnacion__

                                              **Jose A Encarnacion**
                                              Signature of Debtor

Akilmaki Nkwaya Placide
1328 Greendale Road
Lexington, KY 40511

Carrington Mortgage Service
Post Office Box 54285
Irvine, CA 92619

Digital Federal Credit Union
P.O. Box 9123
Marlborough, MA 01752

Eric Ndagijimana
2516 Maggie Cove
Lexington, KY 40511

Forum Trucking and Logistics, LLC
1208 Grove Street
Menasha, WI 54952

Innocent Izabayo
1555 Eastland Parkway
Apt 2004
Lexington, KY 40505

Jessica Reyes Lambert
6 Hancock Street
Worcester, MA 01610

Olivier Shema
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

Robert S. & Immelde Zebedayo
21 Calumet Avenue
Worcester, MA 01606