UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                             *
                                                   *
JOSE ENCARNACION                                   *        CHAPTER 7
                                                   *
                                                   *        CASE NO.:  26-40065-EDK
        DEBTOR(S)                                  *
                                                   *

## DEBTOR'S COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Counsel for the Debtor, in response to this Honorable Court's

Notice to Show Cause, and states as follows:

1.      On March 11, 2026, an Order to Show Cause was entered against the

Debtor for failure to follow an Order to Update, which required the Debtor to file certain

documents relative to an involuntary bankruptcy proceeding.

2.      Counsel has filed all of the outstanding documents in this case.

Counsel respectfully requests that this honorable Court release the show cause on

the Debtor.

Respectfully submitted,

/s/ Troy D. Morrison
Troy D. Morrison, Esquire
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA  01608
(508) 793-8282
BBO # 635389
tmorrison@morrisonlawpc.net

Dated:  March 23, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.:  26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

## **CERTIFICATE OF SERVICE**

       I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 23rd day of March 2026, served a copy on the following interested parties of the within Counsel's Response to Order to Show Cause, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Troy D Morrison**    tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Gary M. Weiner-W**    gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

**Carrington Mortgage Service**
P.O. Box 54285
Irvine, CA 92619

**Digital Federal Credit Union**
P.O. Box 9123
Marlborough, MA 01752

**Forum Trucking and Logistics, LLC**
1208 Grove Street
Menasha, WI 54952

**Jessica Reyes Lambert**
6 Hancock Street
Worcester, MA 01610

**Olivier Shema**
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

**Robert S. & Immelde Zebedayo**
21 Calumet Avenue
Worcester, MA 01606

*/s/ Troy D. Morrison*
Troy D. Morrison, Esquire

Dated:  March 23, 2026