

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER

UPON REVIEW OF THE RESPONSE AND THE RECORD OF THE CASE, WHICH REFLECTS THE DEBTOR FILED THE OUTSTANDING DOCUMENTS DUE PURSUANT TO THE ORDER TO UPDATE [ECF NO. 9], THE ORDER TO SHOW CAUSE ENTERED AT ECF NO. 20 IS RELEASED AND THE HEARING SCHEDULED FOR MARCH 24, 2026 IS CANCELED.

Dated: 03/23/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge