UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| JOSE ENCARNACION ) | Case No. 26-40065-CJP |
| ) | |
| Debtor ) | |
| ) | |

## NOTICE OF REJECTION OF APPOINTMENT AS CHAPTER 7 TRUSTEE

I, Gary M. Weiner, Esq., hereby reject my appointment as Chapter 7 Trustee in the above noted bankruptcy case.

Respectfully submitted,

s/ Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@weinerlegal.com
Date:    March 24, 2026