UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    *
                                          *
JOSE ENCARNACION                          *        CHAPTER 7
                                          *
                                          *        CASE NO.:  26-40065-EDK
DEBTOR(S)                                 *
                                          *

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

NOW COMES the Debtor, Jose Encarnacion, pursuant to 11 U.S.C. §706(a), and hereby elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.  The Debtor is entitled to convert his case for the following reasons:

1.      This case, which was filed as involuntary Chapter 7 case, has not been previously converted under sections 1112 or 1307 of the Bankruptcy Code.

2.      The Debtor has filed Schedules I and J which show that the Debtor has the ability to make payments on a plan of reorganization.  Additionally, the Debtor has real estate with significant equity which he intends to sell to fund a Chapter 13 plan with a 100% dividend to all creditors.

WHEREFORE, the Debtor prays for relief under Chapter 13 of the Bankruptcy Code.

Jose Encarnacion
By his Attorney,

/s/ Troy D. Morrison                    .
Troy D. Morrison, Esq. (BBO #635389)
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA  01608
(508) 793-8282
tmorrison@morrisonlawpc.net

Dated:  March 24, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                            *
                                  *
JOSE ENCARNACION                  *        CHAPTER 7
                                  *
                                  *        CASE NO.:  26-40065-EDK
           DEBTOR(S)              *
                                  *

## CERTIFICATE OF SERVICE

I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 24th day of March, 2026, served a copy on the following interested parties of the within Motion to Convert to Chapter 13, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV

- **Troy D Morrison**    tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

- **Gary M. Weiner-W**    gweiner@weinerlegal.com, MShapiro@Weinerlegal.com;MA27@ecfcbis.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

**Carrington Mortgage Service**
P.O. Box 54285
Irvine, CA 92619

**Digital Federal Credit Union**
P.O. Box 9123
Marlborough, MA 01752

**Forum Trucking and Logistics, LLC**
1208 Grove Street
Menasha, WI 54952

**Jessica Reyes Lambert**
6 Hancock Street
Worcester, MA 01610

**Olivier Shema**
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

**Robert S. & Immelde Zebedayo**
21 Calumet Avenue
Worcester, MA 01606

*/s/ Troy D. Morrison*
Troy D. Morrison, Esquire

Dated:  March 24, 2026