United States Bankruptcy Court

District of Massachusetts

In re:                                                                        Case No. 26-40065-cjp

Jose Encarnacion                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

**Recip ID              Recipient Name and Address**
db                      +  Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                        Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Gary M. Weiner-W | gweiner@weinerlegal.com  MShapiro@Weinerlegal.com;MA27@ecfcbis.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

District/off: 0101-4                     User: admin                                    Page 2 of 2

Date Rcvd: Mar 23, 2026                  Form ID: pdf012                             Total Noticed: 1

Troy D Morrison

on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net
morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com


TOTAL: 6



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Jose Encarnacion

Debtor

Chapter 7
26-40065-CJP

**ORDER**

UPON REVIEW OF THE RESPONSE AND THE RECORD OF THE CASE, WHICH REFLECTS THE DEBTOR FILED THE OUTSTANDING DOCUMENTS DUE PURSUANT TO THE ORDER TO UPDATE [ECF NO. 9], THE ORDER TO SHOW CAUSE ENTERED AT ECF NO. 20 IS RELEASED AND THE HEARING SCHEDULED FOR MARCH 24, 2026 IS CANCELED.

Dated: 03/23/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge