UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                  *
                                        *
JOSE ENCARNACION                        *        CHAPTER 7
                                        *
                                        *        CASE NO.:  26-40065-EDK
        DEBTOR(S)                       *
                                        *

## MOTION TO CONTINUE HEARING

NOW COMES Counsel for the Debtor, Jose Encarnacion, and moves this Honorable Court to continue the hearing on the Motion to Convert Case to Chapter 13, currently scheduled for Tuesday, April 21, 2026 to any date after April 21, 2026 or to a date convenient for the Court.  As reasons therefore, Counsel states that he will be on vacation out of the Commonwealth and will be returning in the evening of April 21, 2026.

WHEREFORE, Counsel requests that this Honorable Court continue the aforesaid hearing, which is currently scheduled for Tuesday, April 21, 2026 to any date after April 21, 2026 or to a date convenient for the Court.

                                Jose Encarnacion
                                By her attorney,


                                /s/ Troy D. Morrison
                                Troy D. Morrison, Esq. BBO #635389
                                Morrison & Associates, P.C.
                                255 Park Avenue, Suite 1000
                                Worcester, MA  01609
                                (508) 793-8282
                                tmorrison@morrisonlawpc.net


Dated:  April 9, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                         *

                                 *

JOSE ENCARNACION           *        CHAPTER 7

                                   *

                                   *        CASE NO.: 26-40065-EDK

DEBTOR(S)                   *

                                   *

## CERTIFICATE OF SERVICE

       I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 9th day of April, 2026, served a copy on the following interested parties of the within Motion to Continue Hearing, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

- **Jonathan R. Goldsmith**    trusteedocs1@gkalawfirm.com, mwolohan@gkalawfirm.com;mew@efclaw.com;trusteedocs@gkalawfirm.com;intern@gkalawfirm.com;MA43@ecfcbis.com

- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV

- **Troy D Morrison**    tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

- **Francis C. Morrissey**    fcm@mwzllp.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Carrington Mortgage Service**
Post Office Box 54285
Irvine, CA 92619

**Digital Federal Credit Union**
P.O. Box 9123
Marlborough, MA 01752

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Forum Trucking and Logistics, LLC**
1208 Grove Street
Menasha, WI 54952

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

**Jessica Reyes Lambert**
6 Hancock Street
Worcester, MA 01610

**Olivier Shema**
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

**Robert S. & Immelde Zebedayo**
21 Calumet Avenue
Worcester, MA 01606

/s/ Troy D. Morrison
Troy D. Morrison, Esquire

Dated:  April 9, 2026