UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              *
                                    *
JOSE ENCARNACION                    *        CHAPTER 7
                                    *
                                    *        CASE NO.:  26-40065-EDK
        DEBTOR(S)                   *
                                    *

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

I, Troy D. Morrison, attorney for the within named, Jose Encarnacion, hereby certify that I have this 10th day of April, 2026, served a copy on the following interested parties of the within Order via electronic notice, to the following parties:

- **Carl D. Aframe**   aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net
- **Jonathan R. Goldsmith**   trusteedocs1@gkalawfirm.com, mwolohan@gkalawfirm.com;mew@efclaw.com;trusteedocs@gkalawfirm.com;intern@gkalawfirm.com;MA43@ecfcbis.com
- **Richard King**   USTPRegion01.WO.ECF@USDOJ.GOV
- **Troy D Morrison**   tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Francis C. Morrissey**   fcm@mwzllp.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Carrington Mortgage Service**
Post Office Box 54285
Irvine, CA 92619

**Digital Federal Credit Union**
P.O. Box 9123
Marlborough, MA 01752

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Forum Trucking and Logistics, LLC**
1208 Grove Street
Menasha, WI 54952

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

**Jessica Reyes Lambert**
6 Hancock Street
Worcester, MA 01610

**Olivier Shema**
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

**Robert S. & Immelde Zebedayo**
21 Calumet Avenue
Worcester, MA 01606

/s/ Troy D. Morrison
Troy D. Morrison, Esquire

Dated:  April 10, 2026