

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor(s) | Chapter 7<br>26-40065-CJP |

## ORDER

**MATTER:**

#43 Motion filed by Debtor Jose Encarnacion to Continue Hearing [Re: #35 Motion to Convert Case to Chapter 13].

GRANTED. THE 4/21/2026 HEARING ON THE MOTION TO CONVERT [ECF NO. 35] IS CONTINUED TO 4/23/2026 AT 9:30 A.M. BY TELEPHONE. TO PARTICIPATE IN THE CONTINUED HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED. THE DEADLINE FOR OBJECTIONS TO THE MOTION TO CONVERT IS 4/21/2026 AT 4:30 P.M. MOVANT SHALL SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES ENTITLED TO NOTICE AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN MADE NO LATER THAN TWO BUSINESS DAYS FROM THE DATE OF THIS ORDER.

Dated: 04/10/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge