UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7, No. 26-40065-CJP |
|  | ) |  |
| JOSE ENCARNACION | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## APPLICATION FOR ORDER AUTHORIZING TRUSTEE
## TO EMPLOY COUNSEL TO THE TRUSTEE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") in the above-captioned proceedings and moves this Honorable Court for an Order pursuant to §327(d) of the U.S. Bankruptcy Code ("Code") authorizing him to employ EGAN, FLANAGAN & COHEN, P.C., as Counsel to the Trustee. In support of said Application, the Trustee respectfully represents as follows:

1.      That on January 22, 2026, an Involuntary Petition was filed against the above-named Debtor under the provisions of Chapter 7 of the Bankruptcy Code; subsequently, an Order for Relief was entered on February 27, 2026.

2.      That on March 24, 2026, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3.      That, as a result of information procured by the Trustee since his appointment, your Applicant believes that the appointment of counsel is necessary to effectuate the lawful rights and remedies available to the Trustee under the provisions of Title 11 and to fully and properly discharge his fiduciary duties.

4.      That the services of counsel are required for, but not limited to, the following purposes:

(a)     to review and evaluate certain assets of the Debtor;

(b)     to pursue all lawful claims of the estate;

(c)     to liquidate assets of the estate;

(d)     to employ and supervise professionals employed by the estate; and

(e)     to maximize the recovery for creditors of the estate.

5.     In order to avoid duplication of effort and to maximize the recovery for the benefit of the estate and the unsecured creditors, your Applicant believes it will be in the best interests of the estate to employ counsel to the Trustee.

6.     Your Applicant avers that EGAN, FLANAGAN & COHEN, P.C. is proficient in the knowledge and practice of bankruptcy law and has the experience required to adequately represent the Trustee in this case.

7.     On information and belief, no member or associate of EGAN, FLANAGAN & COHEN, P.C. has any other connection with the Debtor, his creditors or any other party in interest.

WHEREFORE, your Applicant prays for the allowance of this Application and for an Order pursuant to §327(d) of the Code authorizing him to employ EGAN, FLANAGAN & COHEN, P.C. as Counsel to the Trustee in this case.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR JOSE ENCARNACION

Dated: 4/13/26

By:  /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
Springfield, MA 01103
Tel: (413) 737-0260

UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter 7, No. 26-40065-CJP |
| | ) | |
| JOSE ENCARNACION | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## AFFIDAVIT PURSUANT TO FRBP 2014(a) AND MLBR 2014-1

1.      I hereby represent that I do not hold or represent any interest adverse to the estate of the above-noted Debtor (11 U.S.C. Section 327).  I further represent that no member of my firm holds or represents any interest adverse to the estate.

2.      My, and my firm's connections with the Debtor, creditors, or other parties in interest, and their respective attorneys and accountants (Federal Rule of Bankruptcy Procedure 2014(a)) are as follows:  None.

3.      I hereby represent that I am and each member of my firm is a "disinterested person" (11 U.S.C. Section 327) as that term is defined in 11 U.S.C. Section 101 (14).

4.      I hereby represent that neither I nor any member of my firm is disqualified by reason of being a relative of a Judge of the United States Bankruptcy Court for the District of Massachusetts, nor am I or any member of my firm disqualified by reason of being a relative of the United States Trustee for the Districts of Maine, Massachusetts, New Hampshire and Rhode Island (Federal Rule of Bankruptcy Procedure 5002).

5.      I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

6.      I have received no retainer in this case.

7.      I shall amend this statement immediately upon any learning that:  (a) any of the within representations are incorrect; or (b) there is any change of circumstances relating thereto.

8.      I have reviewed the provisions of MBLR 2016-1.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:    4/13/26

By: _____

JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
Springfield, MA 01103
Tel: (413) 737-0260

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7, No. 26-40065-CJP |
|  | ) |  |
| JOSE ENCARNACION | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## COUNSEL TO THE TRUSTEE

At _____, in said District, on this _____ day of _____, 2026.

Upon the Application of JONATHAN R. GOLDSMITH, Trustee in the above-captioned case, seeking to employ EGAN, FLANAGAN & COHEN, P.C. to act as Counsel to the Trustee pursuant to 11 U.S.C. §327(d), for cause shown, proper notice having been given and no objections being filed, it is hereby

ORDERED that JONATHAN R. GOLDSMITH, Trustee, is hereby authorized to employ EGAN, FLANAGAN & COHEN, P.C., as Counsel to the Trustee in the above-captioned case, with all fees and expenses subject to further Order of this Court.

_____
HONORABLE CHRISTOPHER J. PANOS
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF MASSACHUSETTS

In re:                                    )
                                          )        Chapter 7, No. 26-40065-CJP
                                          )
JOSE ENCARNACION                          )
                                          )
              Debtor                      )
                                          )

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of EGAN, FLANAGAN & COHEN, P.C., 67 Market Street, Springfield, MA 01103, do hereby certify that I served a copy of the within Application to Employ Counsel upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this _13th_ day of April, 2026:

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

Olivier Shema
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914-5805

Troy D Morrison, Esq.
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA 01608-1455

Jose Encarnacion
7 Lucian Street
Worcester, MA 01603-2411

Eric Ndagijimana
2516 Maggie Cove
Lexington, KY 40511-8636

Carrington Mortgage Service
P.O. Box 54285
Irvine, CA 92619

Yacquub Abubakar
10 Cawfield St
APT 2
Boston, MA 02125-3885

Digital Federal Credit Union
P.O. Box 9123
Marlborough, MA 01752

Akilmali Nkwaya Placide
1328 Greendale Road
Lexington, KY 40511-8992

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Fl.
Worcester, MA 01608-2361

Robert S. & Immelde Zebedayo
21 Calumet Avenue
Worcester, MA 01606-2103

Ridwaan Abubakar
10 Cawfield Street
APT 2
Boston, MA 02125-3885

Forum Trucking and Logistics, LLC
1208 Grove Street
Menasha, WI 54952-2012

Innocent M. Izabayo
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505-2991

Carrington Mortgage Service LLC
1600 S Douglas Rd, Ste 110
Anaheim, CA 92806-5951

Jessica Reyes Lambert
6 Hancock Street
Worcester, MA 01610-1612