**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

---

**In re:**

**JOSE ENCARNACION**
                                                    **CHAPTER 7**
                                                    **CASE NO. 26-40065**

---

### MOTION TO FORESTALL HEARING ON DEBTOR'S REQUEST TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13

NOW COME, Innocent M. Izabayo, Eric Ndagijimana and Akilmali Nkwaya Placide, (hereinafter "Petitioning Creditors"), by their counsel and request this Court to forestall a hearing on the Debtor's Motion to Convert Case to Chapter 13, scheduled for April 23, 2026 until an appropriate hiatus subsequent to the conclusion of the 341 meeting scheduled for May 6, 2026 at 9:00AM before the Chapter 7 Trustee Jonathan Goldsmith.

In support Petitioning Creditors state as follows:

1. The testimony, of the Debtor, to be elicited at the 341 meeting in the Chapter 7 case may bear heavily on whether or not the Debtor is qualified by virtue of 11 U.S.C. §109(e), as he may owe more than the statutory amount of $526,700.00 in noncontingent liquidated unsecured debts.

2. There may be additional creditors that have not been listed on the schedules who have come to the attention of the undersigned and who have expressed an interest in participating in the 341 meeting.

3. Furthermore, the Debtor's testimony at the 341 meeting may bear upon the requirement that this proposed Chapter 13 be proposed in good faith and that Debtor is acting in good faith pursuant to 11 U.S.C. §1325 (a) (3 (3).

4. Factors commonly considered in determining good faith include honesty, efforts to repay debts, and the sincerity of the debtor's financial hardship within the overall Chapter 13 plan to repay creditors.

5. Reference is made to the Secretary of State's administrative action filed against the Debtor listed as Exhibit A to Doc. No. 41 filed by creditor Jessica Reyes Lambert's attorney, Francis C. Morrissey, which indicates perhaps wider scope to the creditor body.

6. The undersigned has been in contact with several creditors who were not listed on the Debtors present petition and there have been Proofs of claim filed by Jean Paul Kandoro for $30,000.00, Ridwaan Abubakar for $150,000.00 and Yacquub Abubaker for $100,000.00.

7. Furthermore, the Debtor listed in his schedules the claims of two of the Petitioning Creditors are secured. Counsel states that the claims of his clients, the Petitioning Creditors are all unsecured.

8. The Secretary of State's administrative complaint lends itself to the conclusion that the Debtor may have absconded with these funds. Allowing the Debtor to convert to a Chapter 13 and allow for various machinations and delay inherent in a Chapter 13 proceeding, may allow the Debtor ample time to cover the tracks of these allegedly absconded funds all the more.

9. If the Debtor's testimony at his Chapter 7 341 meeting demonstrates a viable Chapter 13 plan, with full disclosure of all of the funds received by the Debtor and their whereabouts, the Debtor can then argue before this Court that his Chapter 13 Plan and filing are both viable providing for all of his resources to be dedicated to the plan and that is being proposed in good faith.

WHEREFORE the undersigned, on behalf of the Petitioning Creditor's request this Court enter an Order:

1. Delaying a determination on the Debtor's Motin to Convert to Chapter 13 until a date certain after the 341 meeting has concluded and/or

2. For any other relief this Cort deems just and meet.

> Respectfully submitted,
> Innocent Izabayo, Eric Ndagijimana, Akilmali Nkwaya Placide
> By their attorney,
> /s/ *Carl D. Aframe*
> 
> _____
> Carl D. Aframe, Esq., BBO #012780
> AFRAME & BARNHILL P.A.
> 23 Abby Lane
> Shrewsbury, MA  01545
> 508.864.3658
> aframe@aframebarnhill.net

Dated:  April 20,, 2026

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Jonathan R. Goldsmith, Esquire
Egan, Flanagan & Cohen P.C.
67 Market Street
Springfield, MA 01103

Troy D. Morrison, Esquire
100 Front Street, Suite 400
Worcester, MA 01608

/s/ *Carl D. Aframe*

Carl D. Aframe, Esq., BBO #012780
aframe@aframebarnhill.net

4