

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

### ORDER RESCHEDULING HEARING

**MATTER:**

#48 Motion filed by Petitioning Creditor Innocent M. Izabayo to Continue Hearing [Re: 35 Motion to Convert Case to Chapter 13, Hearing Continued/Rescheduled].

GRANTED IN PART. THE APRIL 23, 2026 HEARING REGARDING THE MOTION TO CONVERT [ECF NO. 35] IS RESCHEDULED TO MAY 13, 2026 AT 1:00 P.M. (THE "RESCHEDULED HEARING").

THE DEADLINE FOR FILING OBJECTIONS TO THE MOTION TO CONVERT IS EXTENDED TO MAY 11, 2026 AT 11:59 P.M.

THE RESCHEDULED HEARING WILL BE CONDUCTED BY TELEPHONE. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

THE MOVANT WITH RESPECT TO THE MOTION TO CONTINUE SHALL PROVIDE NOTICE OF THE RESCHEDULED HEARING ON ALL PARTIES ENTITLED TO NOTICE, AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN MADE.

Dated: 04/22/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge