**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

_____

**In re:**

**JOSE ENCARNACION**                          **CHAPTER 7**
                                                                      **CASE NO. 26-40065**

_____

**CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that on this 23rd day of March, 2026  I forwarded a

copy of the attached Order Rescheduling Hearing on Debtor's Motion to Convert Case to

Chapter 13 by mailing same to the parties below and the attached list, who are not

deemed to have consented to electronic note or service under EFR 9.

US Trustee
446 Main Street
Worcester, MA 01608

Jonathan R. Goldsmith
67 Market Street
Springfield, MA 01103

Francis C. Morrissey, Esquire
Morrissey, Wiolson & Zafiropoulos, LLP
45 Braintree Hill Office Park, Suite 304
Braintree, MA 02184

Respectfully submitted,
Innocent Izabayo, Eric Ndagijimana,
Akilmali Nkwaya Placide
By their attorney,
/s/ *Carl D. Aframe*

_____

Carl D. Aframe, Esq., BBO #012780
AFRAME & BARNHILL P.A.
23 Abby Lane
Shrewsbury, MA  01545
508.864.3658
aframe@aframebarnhill.net

Olivier Shema
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914-5805

Troy D Morrison, Esq.
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA 01608-1455

Jose Encarnacion
7 Lucian Street
Worcester, MA 01603-2411

Eric Ndagijimana
2516 Maggie Cove
Lexington, KY 40511-8636

Carrington Mortgage Service
P.O. Box 54285
Irvine, CA 92619

Yacquub Abubakar
10 Cawfield St
APT 2
Boston, MA 02125-3885

Digital Federal Credit Union
P.O. Box 9123
Marlborough, MA 01752

Akilmali Nkwaya Placide
1328 Greendale Road
Lexington, KY 40511-8992

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Fl.
Worcester, MA 01608-2361

Robert S. & Immelde Zebedayo
21 Calumet Avenue
Worcester, MA 01606-2103

Ridwaan Abubakar
10 Cawfield Street
APT 2
Boston, MA 02125-3885

Forum Trucking and Logistics, LLC
1208 Grove Street
Menasha, WI 54952-2012

Innocent M. Izabayo
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505-2991

Carrington Mortgage Service LLC
1600 S Douglas Rd, Ste 110
Anaheim, CA 92806-5951

Jessica Reyes Lambert
6 Hancock Street
Worcester, MA 01610-1612



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER RESCHEDULING HEARING

**MATTER:**

#48 Motion filed by Petitioning Creditor Innocent M. Izabayo to Continue Hearing [Re: 35 Motion to Convert Case to Chapter 13, Hearing Continued/Rescheduled].

GRANTED IN PART. THE APRIL 23, 2026 HEARING REGARDING THE MOTION TO CONVERT [ECF NO. 35] IS RESCHEDULED TO MAY 13, 2026 AT 1:00 P.M. (THE "RESCHEDULED HEARING").

THE DEADLINE FOR FILING OBJECTIONS TO THE MOTION TO CONVERT IS EXTENDED TO MAY 11, 2026 AT 11:59 P.M.

THE RESCHEDULED HEARING WILL BE CONDUCTED BY TELEPHONE. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

THE MOVANT WITH RESPECT TO THE MOTION TO CONTINUE SHALL PROVIDE NOTICE OF THE RESCHEDULED HEARING ON ALL PARTIES ENTITLED TO NOTICE, AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN MADE.

Dated: 04/22/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge