**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON)**

In re:

JOSE ENCARNACION,

         Debtor.

Chapter 7
Case No. 26-40065-CJP

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

Lee Harrington, hereby enters his appearance on behalf of Yolanda Venusto ("<u>Ms. Yolanda</u>") in the above-referenced bankruptcy case, and requests that all notices in connection with this matter be sent to him at:

> Lee Harrington
> ASCENDANT LAW GROUP LLC
> 2  Dundee Park Drive, Suite 102
> Andover, MA  01810
> (617) 840-2755
> lh@ascendantlawgroup.com

Request is hereby made for service of copies of all papers filed with the Bankruptcy Court or the United States Trustee, including but not limited to pleadings, motions, applications, answering or reply papers, orders, reports, plans of reorganization, disclosure statements and notices of all hearings.

Nothing contained herein shall be deemed to constitute a submission of any matter involving Ms. Yolanda to the jurisdiction of the bankruptcy court or a waiver of the rights of Ms. Yolanda to object to the jurisdiction of the bankruptcy court or the waiver by Ms. Yolanda of any rights it may have to a jury trial as to any matter, each of which rights are expressly preserved hereby.

Dated: April 27, 2026

/s/ Lee Harrington
Lee Harrington (BBO #643932)
ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA  01810
(617) 840-2755
lh@ascendantlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026 a true and correct copy of the foregoing Notice of

Appearance and Request for Notices was served through the ECF system on those persons

registered to receive notice thereunder.


/s/  Lee Harrington
Lee Harrington