

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion,<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER

**MATTER:**

#47 Application filed by Trustee Jonathan R. Goldsmith to Employ Egan, Flanagan & Cohen, P.C. as Counsel.

NO OBJECTIONS FILED. THE APPLICATION TO EMPLOY EGAN, FLANAGAN & COHEN, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE IS APPROVED PURSUANT TO 11 U.S.C. SECTION 327. PAYMENT OF FEES AND EXPENSES OF COUNSEL IS SUBJECT TO PRIOR COURT APPROVAL PURSUANT TO 11 U.S.C. SECTION 330.

Dated: 04/29/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge