UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    *
                                          *
JOSE ENCARNACION                          *        CHAPTER 7
                                          *
                                          *        CASE NO.:  26-40065-EDK
              DEBTOR(S)                   *
                                          *

## WITHDRAWAL OF MOTION TO CONVERT CASE TO CHAPER 13 DOCUMENT NUMBER 35

NOW COMES the Debtor, Jose Encarnacion, through undersigned counsel, and

withdraws his Motion to Convert Case to Chapter 13 (Documents Number 35).  As reasons

therefore, the Debtor states that recent unsecured claims filed in this case have caused the

total unsecured debts in this matter to exceed the statutory debt limitation for a case under

Chapter 13.

WHEREFORE, the Debtor withdraws Document Number 35.

> Jose Encarnacion
> By his attorney
>
> /s/ Troy D. Morrison
> Troy D. Morrison, Esquire
> Law Office of Troy D Morrison
> 100 Front Street, Suite 400
> Worcester, MA  01608
> (508) 793-8282
> BBO # 635389
> tmorrison@morrisonlawpc.net

Dated:  May 13, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSE ENCARNACION | * | CHAPTER 7 |
| | * | |
| | * | CASE NO.:  26-40065-EDK |
| DEBTOR(S) | * | |
| | * | |

### CERTIFICATE OF SERVICE

I, Troy D. Morrison, attorney for the within named, Jose Encanacion, hereby certify that I have this 13th day of May, 2026, served a copy on the following interested parties of the within Withdrawal of Document, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- **Carl D. Aframe**    aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net
- **Jonathan R. Goldsmith**    bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com
- **Jonathan R. Goldsmith**    trusteedocs1@gkalawfirm.com, mwolohan@gkalawfirm.com;trusteedocs@gkalawfirm.com;mew@efclaw.com;MA43@ecfcbis.com
- **Lee Harrington**    lh@ascendantlawgroup.com
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Troy D Morrison**    tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Francis C. Morrissey**    fcm@mwzllp.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Aime Mugabonihela**
c/o Lee Harrington
Ascendant Law Group, LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810

**Akilmali Nkwaya Placide**
1328 Greendale road
Lexington, Kentucky 40511

**Carrington Mortgage Service**
Post Office Box 54285
Irvine, CA 92619

**Digital Federal Credit Union**
P.O. Box 9123
Marlborough, MA 01752

**Edward F. Grourke, Esq.**
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

**Eric Ndagijimana**
2516 Maggie Cove
Lexington, Kentucky 40511

**Eric Nikiza**
c/o Lee Harrington
Ascendant Law Group, LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810

**Erkic Nikiza**
c/o Lee Harrington
Ascendant Law Group, LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810

**Felix Bamboneyeho**
c/o Lee Harrington
Ascendant Law Group, LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810

**Forum Trucking and Logistics, LLC**
1208 Grove Street
Menasha, WI 54952

**Gerome Nduwayo and Jeanine Harushingingo**
11 Oakdale Avenue
Pawtucket, RI 02860

**Herve Manirakiza**
c/o Lee Harrington
Ascendant Law Group, LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810

**Innocent Izabayo**
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505

**Jean Paul Kandoro**
5402 Revere Drrive
Louisville, KY 40218

**Jessica Reyes Lambert**
6 Hancock Street
Worcester, MA 01610

**Olivier Shema**
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914

**Ridwaan Abubakar**
10 Cawfield Street
APT 2
Boston, MA 02125

**Robert S. & Immelde Zebedayo**
21 Calumet Avenue
Worcester, MA 01606

**Yacquub Abubakar**
10 Cawfield St
APT 2
Boston, MA 02125

/s/ Troy D. Morrison
Troy D. Morrison, Esquire BBO # 635389
tmorrison@morrisonlawpc.net

Dated:  May 13, 2026