UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                          *
                                *
JOSE ENCARNACION                *          CHAPTER 7
                                *
                                *          CASE NO.:  26-40065-EDK
          DEBTOR(S)             *
                                *

**DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13**

NOW COMES the Debtor, Jose Encarnacion, pursuant to 11 U.S.C. §706(a), and hereby elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.  The Debtor is entitled to convert his case for the following reasons:

1.      This case, which was filed as involuntary Chapter 7 case, has not been previously converted under sections 1112 or 1307 of the Bankruptcy Code.

2.      The Debtor has filed Schedules I and J which show that the Debtor has the ability to make payments on a plan of reorganization.  Additionally, the Debtor has real estate with significant equity which he intends to sell to fund a Chapter 13 plan with a 100% dividend to all creditors.

WHEREFORE, the Debtor prays for relief under Chapter 13 of the Bankruptcy Code.

Jose Encarnacion
By his Attorney,

/s/ Troy D. Morrison                      .
Troy D. Morrison, Esq. (BBO #635389)
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA  01608
(508) 793-8282
Dated:  March 24, 2026        tmorrison@morrisonlawpc.net

05/13/2026 WITHDRAWN.  SEE NOTICE OF WITHDRAWAL AT ECF NO. 60.  THE MAY 13, 2026 HEARING ON ECF NO. 35 IS CANCELED AS UNNECESSARY.