

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER SCHEDULING SEALED, EX PARTE TELEPHONIC HEARING

**MATTER:**

#59 Emergency Ex-Parte Motion filed by Petitioning Creditors Innocent M. Izabayo, Eric Ndagijimana, Akilmali Nkwaya Placide to Seize Debtor's US Passport.

THE COURT HEREBY SCHEDULES A SEALED, EX PARTE TELEPHONIC HEARING FOR MAY 14, 2026 AT 11:30 A.M. ON THE EMERGENCY EX-PARTE MOTION FILED BY PETITIONING CREDITORS INNOCENT M. IZABAYO, ERIC NDAGIJIMANA, AKILMALI NKWAYA PLACIDE TO SEIZE DEBTOR'S US PASSPORT [ECF NO. 59].

TO PARTICIPATE IN THE SEALED HEARING, COUNSEL TO THE MOVANT SHALL (646) 828-7666 AND ENTER MEETING ID 160 208 9143 AND PASSCODE 077121 WHEN PROMPTED.

THIS SCHEDULING ORDER SHALL BE ENTERED UNDER SEAL AND REMAIN SEALED PENDING FURTHER ORDER OF THE COURT.

COUNSEL TO THE MOVANTS SHALL PROVIDE A COPY OF THE ORDER TO THE CHAPTER 7 TRUSTEE SO THAT MOVANTS' COUNSEL AND THE TRUSTEE MAY PARTICIPATE IN THE SEALED HEARING.

Dated: 05/13/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge