

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Jose Encarnacion**<br>**Debtor** | **Chapter 7**<br>**26-40065-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#59 Emergency Ex-Parte Motion filed by Petitioning Creditors Innocent M. Izabayo, Eric Ndagijimana, Akilmali Nkwaya Placide to Seize Debtor's US Passport.

**Decision set forth as follows:**

THE COURT HAVING HELD AN EXPARTE HEARING ON MAY 14, 2026 AND UPON CONSIDERATION OF THE MOVANT'S REQUEST, THE MOTION [ECF NO. 59] IS DENIED. THE MOTION AND SCHEDULING ORDER [ECF NO. 62] SHALL NOW BE MADE AVAILABLE ON THE PUBLIC DOCKET.

Dated: 05/15/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge