UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------------X
IN RE:

JOSE ENCARNACION,

                              *Debtor*.

------------------------------------------------------------------------X

                                         CASE No. 26-40065

                                         CHAPTER 7

                                      **NOTICE OF APPEARANCE**

**TO:   The Clerk of Court and all parties of record**

    **PLEASE TAKE NOTICE**, that Jordan W. Schur, Esq. of the law firm of Houser LLP is admitted or otherwise authorized to practice in this Court, and appears in this action as counsel for secured creditor, ONSLOW BAY FINANCIAL successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST ("Secured Creditor") and demands that all notices, communications, and other papers herein be served upon the undersigned at the office stated below.

Dated: New York, New York
       May 29, 2026

                                        **HOUSER LLP**

                                        /s/ *Jordan W. Schur*
                                        Jordan W. Schur, Esq.
                                        *Counsel for Secured Creditor* ONSLOW BAY FINANCIAL, as successor-in-interest TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST
60 East 42nd Street, Suite 2200
New York, New York 10165
Tel: (212) 490-3333
Fax: (949) 990-6004
jschur@houser-law.com