UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------------X
IN RE:

JOSE ENCARNACION,

                      *Debtor*.

-------------------------------------------------------------------------X

                                CASE No.: 26-40065

                                CHAPTER 7

                                **NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Declaration of Jordan W. Schur and the exhibits annexed thereto, secured creditor, ONSLOW BAY FINANCIAL, successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST ("Secured Creditor") will hereby move before Judge Christopher J. Panos of the United States Bankruptcy Court for the District of Massachusetts, 595 Main Street, Worcester, MA 01608 on June 29, 2026, for an Order: (1) Pursuant to 11 U.S.C. Section 362, to be Relieved from Automatic Stay with the U.S. Bankruptcy Court and (2) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order, must be made in writing and served upon and received by the counsel for Secured Creditor, Houser LLP, 60 East 42nd Street, Suite 2200, New York, New York 10165, and in the Bankruptcy Judge's Chambers on or before June 14, 2026. Unless objections are received by that time, the Order may be signed without the necessity of conducting a hearing.

Dated: New York, New York
      May 29, 2026

                            **HOUSER LLP**

                            /s/ *Jordan W. Schur*

1

Jordan W. Schur, Esq.
*Counsel for Secured Creditor* ONSLOW
BAY FINANCIAL, successor-in-interest to
WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS OWNER TRUSTEE
OF OBX 2022-NQM9 TRUST
60 East 42nd Street, Suite 2200
New York, New York 10165
Tel: (212) 490-3333
Fax: (949) 990-6004
jschur@houser-law.com