# EXHIBIT E

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as
Owner Trustee of OBX 2022-NQM9 Trust
500 Delaware Avenue
11th Floor
Wilmington, DE 19801
September 24, 2024

*Sent via Certified, Return Receipt Requested, and Regular Mail to:*

*Mailing Address:*
Trinity Estate Investments & Development LLC
108 Beacon Street
Worcester, MA 01608

*Mortgaged Premises:*
6 Hancock Street, Worcester, MA 01610

RE:     Original Mortgage to: Mortgage Electronic Registration Systems, Inc., as nominee for
        Patch Lending, LLC
        Dated: June 15, 2022
        Recorded: June 16, 2022
        Loan No.: ██████7272
        Current Mortgage Holder ("Lender"): Wilmington Savings Fund Society, FSB, not in its
        individual capacity but solely as Owner Trustee of OBX 2022-NQM9 Trust
        Lender's Address: 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801
        Loan Servicer: Shellpoint Mortgage Servicing
        Loan Servicer's Address: 55 Beattie Place, Suite 110, Greenville, SC 29601

### NOTICE OF DEFAULT AND INTENTION TO ACCELERATE

Dear Trinity Estate Investments & Development LLC**:**

You are hereby notified that you are in default under the terms and conditions of the promissory note and mortgage dated June 15, 2022, regarding the mortgage loan referred to above ("Loan"). This notice is to formally inform you of the following:

(1)  As of August 2, 2024 you are in default under the terms and conditions of your Loan. Demand is hereby made for payment of all past due installments, fees, late charges and all other charges associated with the Loan, currently in the amount of $16,829.44. To cure the default, contact the Lender on or before October 24, 2024, to discuss any cure options that may be available and to obtain the outstanding balance on your Loan.

NewRez LLC d/b/a Shellpoint
75 Beattie Place
Greenville, SC 29601
Email: loanservicing@shellpointmtg.com
Phone: (800) 365-7107

(2)  If you fail to cure the default on or before October 24, 2024, the Lender may accelerate the maturity of the Loan, declare all sums secured by the mortgage or security instrument immediately due and payable, and commence foreclosure proceedings and conduct a sale of the Property. If foreclosure proceedings are commenced, a monetary judgment may be

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2022-NQM9 Trust
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

obtained against you, if applicable under existing law and if the original obligation has not been discharged or subject to an automatic stay of bankruptcy under Title 11 of the United States Code. The acceleration of the Loan may require you to immediately pay the full amount of the principal that has not been paid and all interest you owe on that amount, plus all of the costs and expenses which the Lender is permitted to collect under law in enforcing the promissory note and mortgage.

(3)   If permitted by your Loan documents or applicable law, you may have the right to reinstate the Loan after acceleration and may have the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and foreclosure.

(4)   Acceptance of payment to reinstate your Loan does not waive the Lender's right to enforce any provision contained in the Loan to accelerate or foreclose in the event you default at some future date. If the Lender pursues its remedies, it will be entitled to recover all reasonable costs of collection and expenses including, but not limited to, court courts and attorney's fees.

(5)   Notices of a right to cure and right to pursue a modified mortgage pursuant to M.G.L. Chapter 244, Sections 35A and 35B *et seq.* are <u>not</u> required as the Loan does not involve a mortgage on a residential property as defined under the Statute.

Respectfully,
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2022-NQM9 Trust

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as
Owner Trustee of OBX 2022-NQM9 Trust
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the receipt except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws, or who is subject to the automatic stay section of 362 of the U.S. Bankruptcy Code. Lender retains its rights under the Loan and security instrument, including the right to foreclose its lien and to send ordinary course of business communications pursuant to 11 USC 524(j).

Military Servicemembers and Dependents: The Servicemembers Civil Relief Act ("SCRA") and certain state laws provide important protections or benefits for eligible Servicemembers and their dependents, including protection from foreclosure during and after active duty, pursuant to applicable law.  Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2022-NQM9 Trust will comply with the SCRA for eligible Servicemembers and dependents, unless it receives a court order or a written waiver from the Servicemember.

If you wish to contact us to assert an error or make an information request, you must use the following address:

Respectfully,

NewRez LLC d/b/a Shellpoint