UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
IN RE:

JOSE ENCARNACION

                              CASE No.: 26-40065

                              CHAPTER 7


*Debtor*.


-----------------------------------------------------------------------X

## ORDER GRANTING MOTION OF CREDITOR SEEKING RELIEF FROM THE
## <u>AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362</u>

**AND NOW**, this matter having been opened upon Motion of ONSLOW BAY FINANCIAL, successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST ("Secured Creditor") seeking relief from automatic stay of 11 U.S.C. Section 362, and upon consideration of the moving papers and responding papers, if any, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1.      The automatic stay of 11 U.S.C. Section 362 is hereby modified with respect to Creditor, to allow parties to continue litigation in the Superior Court action entitled *Jessica Reyes Lambert v. Trinity Estate Investments & Development, LLC, Jose Encarnacion, and Wilmington Savings Fund Society, FSB, as Owner Trustee of OBX 2022—NQM9 Trust and Citizens Bank*, Superior Court, Worcester County, No. 2585 CV 01457.

2.      This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(3).

Dated: this _____ day of _____, 2026, in Worcester, MA

                        **BY THE COURT:**


                        _____

                        **CHRISTOPHER J. PANOS**
                        **UNITED STATES BANKRUPTCY JUDGE**

1