UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 26-40065-CJP |
|  | ) |  |
| JOSE ENCARNACION | ) |  |
|  | ) |  |
|  | ) |  |
| Debtor | ) |  |

### CHAPTER 7 TRUSTEE'S MOTION TO EXTEND TIME
### TO OBJECT TO DEBTOR'S EXEMPTIONS AND DISCHARGE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and he does hereby request an extension of the deadline to file objections to the Debtor's claims of Exemption and Discharge.  In support of this Motion, the Trustee respectfully represents that:

1.      On January 22, 2026, JOSE ENCARNACION ("Debtor") filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2.      On March 24, 2026, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3.      The Section 341 Meeting of Creditors in this case was originally scheduled for May 6, 2026, and continued to May 12, 2026 and continued again to June 2, 2026.

4.      During the course of the 341 Meeting, the Trustee requested that the Debtor provide additional documentation.  The Trustee states that he has received some of the documents and that additional time is necessary in order to receive and review the remaining outstanding document to make a determination as to whether the exemptions have been properly claimed and/or whether there are grounds to object to discharge.

5.      As a result, the Trustee hereby requests an extension of the deadline for filing objections to the Debtor's claims of Exemption and Discharge until September 8, 2026.

WHEREFORE, the Trustee respectfully requests that the date for the Trustee to object to the Debtor's claims of Exemption and Discharge be extended to September 8, 2026, and for other and further relief as the Court deems just and proper.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR JOSE ENCARNACION

Dated:  6|2|26

By: /s/ Jonathan R. Goldsmith, Esq.
    JONATHAN R. GOLDSMITH, ESQ.
    (BBO No. 548285)
    EGAN, FLANAGAN & COHEN, P.C.
    67 Market Street
    Springfield, MA 01103
    Tel. (413) 737-0260

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 7, No. 26-40065-CJP |
| | ) | |
| JOSE ENCARNACION | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of EGAN, FLANAGAN & COHEN, P.C., 67 Market Street, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Motion to Extend the Debtor's Exemption and Discharge Deadlines upon those parties listed below by electronic mail or by mailing, first class mail, postage prepaid, on this 2nd day of June, 2026:

Richard T. King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

JOSE ENCARNACION
7 Lucian Street
Worcester, MA 01603

Troy D. Morrison, Esq.
Law Offices of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA 01608

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.