**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | **CASE NO.  26-40065** |
| **JOSE ENCARNACION** | ) | **CHAPTER 7** |
| **DEBTOR** | ) | |
|  | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  7 LUCIAN STREET, WORCESTER, MA 01603 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*8664**

NOW COMES Carrington Mortgage Services, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
newenglandBKR@brockandscott.com

Carrington Mortgage Services, LLC
500 N. State College Blvd
Suites 1030, 1300 and 1400
Orange, California 92868

Please take notice that the undersigned hereby appears as counsel for Carrington Mortgage Services, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of

25-25284 BKMFR01

 

the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the

instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/Richard T. Mulligan
Jeffrey J. Hardiman, MA Bar No. 649855
Richard T. Mulligan, MA Bar No. 567602
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

25-25284 BKMFR01