Jean-Claude Festo
6698 Gentry Cir Apt 303
Clemmons, NC 27012
(336) 457-9503
Fcjean25@gmail.com

**Re: Request to Be Added to Creditor Matrix and Claims Register**
Debtor: Jose A. Encarnacion
Case No. 26-40065
United States Bankruptcy Court for the District of Massachusetts

To the Honorable Court:

I respectfully request that I be added to the creditor list and claims register in the above-referenced bankruptcy case. I invested funds with Jose A. Encarnacion through Trinity Estate Investments & Development LLC and have not been repaid despite numerous promises, written agreements, payment schedules, and representations made by the debtor.

I invested a total of $25,000.00 with the debtor. The investment documentation provided by Mr. Encarnacion stated that the investment would return $37,500.00. The debtor later provided an Investment Verification Contract and an Investment Disbursement Letter confirming that I was to receive $37,500.00 and setting forth a payment schedule for funds to be transferred to my bank account.

In support of my claim, I possess documentation showing wire transfers of funds sent to entities controlled by the debtor, including banking records reflecting the transfer of investment funds. I also possess documents outlining the dates and amounts allegedly scheduled to be transferred back to me. Despite these representations, the promised payments were never completed.

The debtor additionally sent me a photograph of a check in the amount of $15,000.00 as evidence that repayment was forthcoming. However, the check was never delivered to me, and I never received the funds represented by that check.

The debtor also shared documents concerning a church property transaction that he represented was being sold for more than one million dollars. These representations led me to believe, in good faith, that repayment would occur once the transaction was completed. However, despite those assurances, I was not repaid. Multiple attempts to obtain the return of my investment have been unsuccessful.

I respectfully request that the Court recognize me as a creditor in this case and permit my claim to be considered along with those of other affected creditors. If additional information, supporting documentation, correspondence, banking records, contracts, text messages, emails, or other evidence is required, I will promptly provide it upon request.

Thank you for your time and consideration.

Respectfully submitted,

Jean-Claude Festo
Creditor