

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

### ORDER

**MATTER:**

#67 Motion filed by Trustee Jonathan R. Goldsmith to Extend Time to Object to Exemptions and Discharge.

ALLOWED. NO OBJECTIONS FILED. THE DEADLINE FOR THE TRUSTEE TO OBJECT TO THE DEBTOR'S CLAIMS OF EXEMPTION AND DISCHARGE IS HEREBY EXTENDED THROUGH AND INCLUDING SEPTEMBER 8, 2026.

Dated: 06/22/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge