**June 7, 2026**


United States Bankruptcy Court
District of Massachusetts


**RE: CASE NO. 26-40065 – JOSE A. ENCARNACION**


**To the Honorable Court:**

We respectfully request that the Court add the forty-four (44) individuals listed in the attached spreadsheet to the formal list of creditors (Creditor Matrix) in these bankruptcy proceedings. To facilitate this request and ensure the Clerk's office has accurate records, comprehensive contact details and supporting documentation are enclosed with this correspondence.

**Overview of Affected Claimants:**

  • **Total Identified Individuals:** 44 claimants located across multiple states (including MA, OH, KY, OR, NC, WI, MN, TX, WA).

  • **Total Collective Principal Invested:** In excess of **$2,000,000**.

  • **Total Estimated Amount Owed:** In excess of **$3,000,000** (including promised interest and returns).

**Background and Nature of Claims:**
The amounts reported on the attached spreadsheet vary depending on each individual's contract with Jose A. Encarnacion. In many instances, prior contracts were rolled over into new agreements as he continually promised higher interest returns, prompting individuals to reinvest sequentially. He presented himself as a trustworthy pastor and a person of strong moral leadership, which allowed his business operations to expand rapidly as he actively encouraged the investors within his congregation to recruit additional participants. By leveraging his religious positioning and exploiting his perceived trustworthiness, many individuals were unfortunately misled into participating. Many of these affected individuals previously participated in a related matter submitted to the Massachusetts Securities Division, where supporting files were collected.

**Procedural Challenges and Request for Guidance:**
Many individuals within this group face acute language barriers, financial hardship, geographic distance, and limited familiarity with federal court proceedings. A significant number are immigrants from South America and Africa who face structural challenges following updates, understanding filing guidelines, or taking steps independently to protect their legal interests.

While we understand that affected individuals remain responsible for complying with applicable court procedures and deadlines, we respectfully request the Court's guidance regarding whether there may be an

efficient, streamlined method for similarly situated claimants to proceed collectively. This is requested to prevent legitimate claimants from being excluded due to intense structural barriers. We also request that the Trustee be advised that additional potential creditors may exist beyond those currently identified.

We remain entirely willing to cooperate with the Trustee, Clerk, or any other party designated by the Court to facilitate communication. This request is submitted in the interest of fairness, ensuring all persons with potential claims receive an equitable opportunity to participate under applicable law.

Thank you for your time, consideration, and service to the public. We appreciate the Court's attention to this matter.

---

**ATTACHMENTS ENCLOSED:**

• **Attachment 1:** Spreadsheet containing names, physical addresses, contact numbers, and amounts owed for the 44 affected individuals.

• **Attachment 2:** PDF file containing copies of original contracts for the listed claimants.

• **Attachment 3:** Signed authorization forms from the participating individuals.

---

Respectfully submitted,

On Behalf of the Affected Individuals and Potential Creditors of Jose A. Encarnacion

# TRINITY REAL ESTATE INVESTMENT COMPLAINTS ANNEXURE

**EXHIBIT A — Trinity Real Estate Investment Investigation Ledger**

| S/N | INVESTOR NAME & ADDRESS | PHONE NUMBER | INVESTMENT ($) | RATE | ROI ($) | TOTAL EXPECTED ($) | DUE DATE | AMOUNT OVERDUE ($) |
|---|---|---|---|---|---|---|---|---|
| 1 | **Nkurunziza Marcell** 736 Ellsworth dr Dayton oh 45436 | 937-239-2598 | $15,000.00 | 52.00% | $7,800.00 | $22,800.00 | 08/31/2024 | $22,800.00 |
| 2 | **Nkurunziza Marcell** 736 Ellsworth dr Dayton oh 45436 | 937-239-2598 | $30,000.00 | 57.00% | $17,100.00 | $47,100.00 | 06/07/2024 | $47,100.00 |
| 3 | **Sarah Nyiradamadu** 3807 Lakebend Dr., Dayton, OH 45404 | 937-239-2598 | $14,000.00 | 51.00% | $7,140.00 | $21,140.00 | 06/27/2024 | $21,140.00 |
| 4 | **Nadine Dusabe** 83 Constitution Ave, Worcester, MA 01605 | 774-578-2627 | $44,500.00 | 55.00% | $24,475.00 | $68,975.00 | 07/28/2023 | $68,975.00 |
| 5 | **Nadine Dusabe** 83 Constitution Ave, Worcester, MA 01605 | 774-578-2627 | $69,500.00 | 60.00% | $41,700.00 | $111,200.00 | 02/28/2025 | $111,200.00 |
| 6 | **Diane Nyiribeza** 4913 Tenshaw Dr. Dayton, OH 45417 | 774-540-0189 | $27,000.00 | 56.00% | $15,120.00 | $42,120.00 | 02/28/2025 | $42,120.00 |
| 7 | **Jacques Serugendo** 4913 Tenshaw Dr. Dayton, OH 45417 | 774-949-8790 | $38,000.00 | 55.00% | $20,900.00 | $58,900.00 | 04/03/2025 | $58,900.00 |
| 8 | **Yvette Umuhoza** 0300 SE Morrison Terrace Q1110 Gresham Oregon 97030 | 502-271-0794 | $30,000.00 | 45.00% | $13,500.00 | $43,500.00 | 08/20/2024 | $43,500.00 |
| 9 | **Yvette Umuhoza** 0300 SE Morrison Terrace Q1110 Gresham Oregon 97030 | 502-271-0794 | $18,000.00 | 56.00% | $10,080.00 | $28,080.00 | 04/30/2024 | $28,080.00 |
| 10 | **Chantal Bukuru** 1743 Patton Ct #53C Louisville, KY 40210 | 502-271-0794 | $136,400.00 | 57.00% | $77,748.00 | $214,148.00 | 10/12/2024 | $214,148.00 |
| 11 | **Chantal Bukuru** 1743 Patton Ct #53C Louisville, KY 40210 | 502-271-0794 | $70,000.00 | 58.00% | $40,600.00 | $110,600.00 | 07/31/2024 | $110,600.00 |
| 12 | **Chantal Bukuru, Steven Ndiramiya M.** 1743 Patton Ct #53C Louisville, KY 40210 | 502-271-0794 | $50,000.00 | 55.00% | $27,500.00 | $77,500.00 | 05/01/2024 | $77,500.00 |
| 13 | **Madeleine Nyirakanyana** 1056 Sherwood Dr, Dayton, OH 45406 | 326-202-7470 | $10,000.00 | 50.00% | $5,000.00 | $15,000.00 | 07/28/2025 | $15,000.00 |
| 14 | | 937-367-0316 | $10,000.00 | 50.00% | $5,000.00 | $15,000.00 | 07/28/2025 | $15,000.00 |

| S/N | INVESTOR NAME & ADDRESS | PHONE NUMBER | INVESTMENT ($) | RATE | ROI ($) | TOTAL EXPECTED ($) | DUE DATE | AMOUNT OVERDUE ($) |
|---|---|---|---|---|---|---|---|---|
| | **Divine Ineza**<br>1056 Sherwood Dr, Dayton, OH 45406 | | | | | | | |
| 15 | **Yvette Mukashyaka**<br>1056 Sherwood Dr, Dayton, OH 45406 | 937-367-0316 | $15,000.00 | 50.00% | $7,500.00 | $22,500.00 | 07/28/2025 | $22,500.00 |
| 16 | **Fiston Ngabonziza**<br>1056 Sherwood Dr, Dayton, OH 45406 | 937-367-0316 | $10,000.00 | 50.00% | $5,000.00 | $15,000.00 | 07/28/2025 | $15,000.00 |
| 17 | **Isaac Nkurunziza**<br>230 Pleasant St, Worcester, MA 01609 | 774-441-2202 | $52,075.00 | 60.00% | $31,245.00 | $83,320.00 | 10/31/2025 | $83,320.00 |
| 18 | **Nelli Umufezi**<br>4913 Tenshaw Dr, Dayton, OH 45417 | 774-707-5469 | $45,600.00 | 55.00% | $25,080.00 | $70,680.00 | 06/30/2025 | $70,680.00 |
| 19 | **Sarah Nyiramahoro**<br>4913 Tenshaw Dr, Dayton, OH 45417 | 774-329-7494 | $45,600.00 | 55.00% | $25,080.00 | $70,680.00 | 06/30/2025 | $70,680.00 |
| 20 | **Furaha Charlotte**<br>203 Hoskins St, High Point, NC 27260 | 336-875-2997 | $30,000.00 | 50.00% | $15,000.00 | $45,000.00 | 11/03/2025 | $45,000.00 |
| 21 | **Christian Byiringiro & Divine Murka**<br>203 Hoskins St, High Point, NC 27260 | 336-875-2997 | $40,000.00 | 55.00% | $22,000.00 | $62,000.00 | 11/03/2025 | $62,000.00 |
| 22 | **FORUM TRUCKING & LOGISTICS LLC**<br>1268 Grove St Menasha, WI 54952 | N/A | $100,000.00 | 40.00% | $40,000.00 | $140,000.00 | 11/30/2024 | $140,000.00 |
| 23 | **Dina Uwasehoro**<br>1256 Wilson Ave, St Paul, MN 55106 | 385-529-7563 | $30,000.00 | 55.00% | $16,500.00 | $46,500.00 | 06/30/2025 | $46,500.00 |
| 24 | **Innocent Ntwaliyinshuti**<br>2835 Lakeview Ave, Dayton, OH 45417 | N/A | $30,000.00 | 55.00% | $16,500.00 | $46,500.00 | 06/30/2025 | $46,500.00 |
| 25 | **Faustine Mugabo**<br>2222 Southwood Dr. #6 Appleton WI 54915 | 651-508-5388 | $50,000.00 | 60.00% | $30,000.00 | $80,000.00 | 03/30/2025 | $80,000.00 |
| 26 | **Jeanne Nyiraguhirwa**<br>2835 Lakeview Ave, Dayton, OH 45417 | N/A | $30,000.00 | 55.00% | $16,500.00 | $46,500.00 | 06/30/2025 | $46,500.00 |
| 27 | **Guido Hategekimana**<br>233 Magnolia Dr, Shepherdsville KY 40165 | 502-533-8463 | $109,352.50 | 55.00% | $60,143.00 | $169,495.50 | 11/30/2023 | $169,495.50 |
| 28 | **Theogene Niyomugabo**<br>Magnolia Dr. Shepherdsville Kentucky 40165 | 614-946-0197 | $20,000.00 | 50.00% | $10,000.00 | $30,000.00 | 06/28/2024 | $30,000.00 |
| 29 | **Clemence Muciranyenge**<br>1201 Bartell Court Appleton WI 54914 | 920-840-7774 | $50,000.00 | 58.00% | $29,000.00 | $79,000.00 | 05/30/2025 | $79,000.00 |

**EXHIBIT A - Trinity Real Estate Investment Investigation Ledger**

| S/N | INVESTOR NAME & ADDRESS | PHONE NUMBER | INVESTMENT ($) | RATE | ROI ($) | TOTAL EXPECTED ($) | DUE DATE | AMOUNT OVERDUE ($) |
|---|---|---|---|---|---|---|---|---|
| 30 | **Eric Tuyshimie** 13409 Nancy Reagan St, Manor, Texas 78653 | 512-985-4254 | $56,500.00 | 60.00% | $33,900.00 | $90,400.00 | 07/08/2025 | $90,400.00 |
| 31 | **Mudari Emmanuel Gasiza** N1316 Blustery Dr. Greenville WI 54942 | 414-465-4956 | $40,000.00 | 55.00% | $22,000.00 | $62,000.00 | 07/08/2025 | $62,000.00 |
| 32 | **Solange Masengesho** 1332 Traders Rd, Apt 30, Menasha WI 54952 | N/A | $20,000.00 | 55.00% | $11,000.00 | $31,000.00 | 09/30/2025 | $31,000.00 |
| 33 | **Justine Mukandori / Naghtar Kaneza** 952 Pierce Ave, Oshkosh, WI 54901 | 920-666-9413 | $66,520.00 | 59.00% | $39,246.80 | $105,766.80 | 07/30/2025 | $105,766.80 |
| 34 | **Gandile Mwamini** 704 St Locust Appleton Wisconsin 54914 | 414-544-1451 | $86,750.00 | 50.00% | $43,375.00 | $130,125.00 | 06/19/2024 | $130,125.00 |
| 35 | **Francoise Mukandekezi** 2100 Abbey Ave #2 Oshkosh, Wisconsin 54904 | N/A | $20,000.00 | 50.00% | $10,000.00 | $30,000.00 | 07/15/2024 | $30,000.00 |
| 36 | **Jacqueline Batamuliza** 609 Charter St High Point, NC 27260 | 336-942-876x | $100,000.00 | 55.00% | $55,000.00 | $155,000.00 | 12/28/2024 | $155,000.00 |
| 37 | **Oliver Shema & Martin Manzi** 314 Hamilton St Southbridge MA 01550 | 208-982-4747 | $136,400.00 | 46.50% | $76,074.00 | $212,474.00 | 06/30/2024 | $212,474.00 |
| 38 | **Jean Claude Feshi** 1200 Arrowhead Ct. High Point NC 27265 | 336-457-9503 | $25,000.00 | 50.00% | $12,500.00 | $37,500.00 | 07/31/2024 | $37,500.00 |
| 39 | **Theogene Bizimana** 7020 Rainier Ave S APT 409 Seattle, WA 98118 | N/A | $80,000.00 | 57.00% | $45,600.00 | $125,600.00 | 04/30/2024 | $125,600.00 |
| 43 | **Zuwena Ndayisenga** 1604 Bonaventure Rd, Greensboro NC 27408 | 336-405-5738 | $77,500.00 | 58.00% | $44,950.00 | $122,450.00 | 11/30/2025 | $122,450.00 |
| 44 | **Ignace Harerimana** 4119 Parkway Dr, Dayton, OH 45416 | 937-554-3577 | $20,000.00 | 50.00% | $10,000.00 | $30,000.00 | 07/28/2024 | $30,000.00 |
| 45 | **Nsabimana Damascene** 2910 Rugby Rd, Dayton, OH 45405 | 937-581-9950 | $25,000.00 | 52.00% | $13,000.00 | $38,000.00 | 07/28/2024 | $38,000.00 |
| 46 | **Fred Mbonigaba** 3 Hunnewell Rd, Worcester, MA 01606 | 774-386-1481 | $30,000.00 | 53.00% | $15,900.00 | $45,900.00 | 05/28/2026 | $45,900.00 |
| 47 | **Joramu Habimana** 971 Stead Dr. Menasha, WI | 920-277-6194 | $45,000.00 | 59.00% | $26,550.00 | $71,550.00 | 06/30/2025 | $71,550.00 |
| 48 | **Benjamin K. & Zawadi** 148 charter Oak Dr, Louisville, KY 40241 | 937-520-5328 | $56,880.00 | 55.00% | $31,284.00 | $88,164.00 | 06/30/2025 | $88,164.00 |

**EXHIBIT A - Trinity Real Estate Investment Investigation Ledger**

| S/N | INVESTOR NAME & ADDRESS | PHONE NUMBER | INVESTMENT ($) | RATE | ROI ($) | TOTAL EXPECTED ($) | DUE DATE | AMOUNT OVERDUE ($) |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | | $2,115,577.50 | — | $1,154,584.80 | $3,270,162.30 | — | $3,270,162.30 |