

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

## ORDER

Upon consideration of the Motion of ONSLOW BAY FINANCIAL, successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST seeking relief from automatic stay of 11 U.S.C. Section 362, appropriate notice having been given under the circumstances. and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.  The automatic stay of 11 U.S.C. Section 362 is hereby modified, to the extent necessary, to allow parties to continue litigation in the Superior Court action entitled Jessica Reyes Lambert v. Trinity Estate Investments & Development, LLC, Jose Encarnacion, and Wilmington Savings Fund Society, FSB, as Owner Trustee of OBX 2022—NQM9 Trust and Citizens Bank, Superior Court, Worcester County, No. 2585 CV 1457; provided, however, that no party shall take any action to execute upon any judgment entered against Jose Encarnacion ("Debtor") or attach or levy upon any property of the Debtor's estate.

2.  The Court notes that the Property (as defined in the Motion) is not alleged to be property of the Debtor.

3.  This Order shall be stayed for 14 days pursuant to Fed. R. Bankr. P. 4001(a)(3).

Dated: 06/26/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge