**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Jose Encarnacion
        Debtor,

Chapter: 7
Case No: 26–40065
Judge Christopher J. Panos

**NOTICE OF REQUIREMENT TO FILE A
CERTIFICATE OF FINANCIAL MANAGEMENT COURSE COMPLETION**

Notice is hereby given that, subject to limited exceptions, each debtor must complete a course in personal financial management after filing a petition in order to receive a discharge. Pursuant to Fed. R. Bankr. P. Rule 1007(b)(7), the debtor must complete a U.S. Trustee–approved financial management course. Unless the approved provider has notified the court the debtor has completed the course, the debtor must file a certificate of course completion issued by the approved provider. **IMPORTANT NOTE:** Joint debtors must file separate certificates.

The debtor must file the certificate of course completion issued by the provider within 60 days after the first date set for the meeting of creditors under 11 U.S.C. sec. 341. Failure to file the certificate will result in the case being closed without an entry of discharge. If the debtor later seeks to reopen the case to file the certificate, a reopening fee will apply.

Date:6/29/26

By the Court,


Ann M. Fox
Clerk, U.S. Bankruptcy Court


79