UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| Jose Encarnacion, | ) | Case No. 26-40065-CJP |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION OF UNITED STATES TRUSTEE FOR EXTENSION OF THE DEADLINE
TO FILE MOTION TO DISMISS UNDER SECTION 707(b) AND COMPLAINT
OBJECTING TO DISCHARGE UNDER SECTION 727(a)
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 11 U.S.C. §§ 307, 707, 727(a) and Fed. R. Bank. P. 1017(e) and

4004(b), the United States Trustee moves the Court to extend the deadline for filing a

complaint to object to the debtor's discharge under 11 U.S.C. § 727 and/or moving to dismiss

the debtor's Chapter 7 case under 11 U.S.C. § 707(b) until Friday, September 4, 2026. In

support, the United States Trustee states:

1.      On January 22, 2026, an involuntary chapter 7 petition was filed with

respect to Jose Encarnacion (the "Debtor"). DE1

2.      On February 19, 2026, the petitioning creditors filed a Request for Entry of

an Order for Relief in an Involuntary Chapter 7 Petition. DE7

3.      On February 27, 2026, the Court entered an Order granting relief. DE8

4.      On March 24, 2026, Attorney Jonathan Goldsmith was appointed as

chapter 7 trustee of the debtor's estate. Trustee Goldsmith accepted his appointment and

conducted the Debtor's initial 341 meeting of creditors on May 6, 2026.

5.      By email dated May 29, 2026, the United States Trustee made certain

inquiries relevant to the issues of abuse within the meaning of 11 U.S.C. § 707(b) and

denial of discharge under 11 U.S.C. § 727(a) (the "Inquiry").

6.      The Debtor has not yet provided any of the requested documents and materials responsive to the United States Trustee's Inquiry.

7.      Representatives of the United States Trustee made several attempts to discuss the Debtor's failure to respond to the United States Trustee's Inquiry, and to request the Debtor's assent to this motion. However, Debtor's counsel has not responded.

8.      The initial deadlines for filing a complaint objecting to discharge under 11 U.S.C. § 727 and/or moving to dismiss the Debtor's Chapter 7 case under 11 U.S.C. § 707(b) is July 6, 2026.  See Fed. R. Bankr. P. 4004(a).

9.      This motion is without prejudice to the United States Trustee seeking additional extensions, if warranted.

WHEREFORE, the United States Trustee requests that the Court enter an order: i) extending the deadline for objecting to the Debtor's discharge under 11 U.S.C. § 727(a) and/or moving to dismiss the Debtor's Chapter 7 case under 11 U.S.C. § 707(b) for an additional 60 days, or until Friday, September 4, 2026; and ii) granting him all such other and further legal and equitable relief to which he may be entitled.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION ONE

By: /s/ Richard T. King
Richard T. King BBO # 549382
Assistant U.S. Trustee
Office of United States Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109
(202) 590-7979
Dated: July 6, 2026                    Email: richard.t.king@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on July 6, 2026, true and correct copies of the foregoing motion were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the persons listed below.

By: /s/ Richard T. King
Richard T. King BBO # 549382
Assistant U.S. Trustee
Office of United States Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109
(202) 590-7979
Dated: July 6, 2026                                                      Email: richard.t.king@usdoj.gov

**Via ECF/PACER**

Jonathan Goldsmith Esq. Chapter 7 Trustee
bankrdocs1@gkalawfirm.com

Troy D. Morrison, Esq., Debtor's counsel
tmorrison@morrisonlawpc.net

Jordan Schur, Esq.
jschur@houser-law.com

Richard T. Mulligan, Esq.
Richard.mulligan@brockandscott.com

Francis C. Morrissey, Esq.
fcm@mwzllp.com

Kevin D. Heitke, Esq.
kdh@hcalawri.com

Lee Harrington, Esq.
lh@ascendantlawgroup.com

Carl D. Aframe, Esq.
aframe@aframebarnhill.net

3