# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE JOSE ENCARNACION

CASE NO. 26-40065-EDK
Chapter 7

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Vanessa Norelus, Esq., hereby enters her appearance on behalf of creditor Forum Trucking and Logistics, LLC in the above-captioned bankruptcy case and respectfully requests that all notices, pleadings, motions, applications, objections, reports, notices of hearings, orders, and all other papers filed in this case be served upon undersigned counsel at the following address:

Vanessa Norelus, Esq. (BBO #679574)
VSL Law Office
P.O. Box 240888
Boston, MA 02124
Telephone: (857) 654-6948
Facsimile: (617) 507-4779
Email: Vanessa@vsllaw.com

Request is hereby made for service of copies of all papers filed with the Bankruptcy Court or the Office of the United States Trustee, including, but not limited to, pleadings, motions, applications, objections, notices, reports, trustee filings, proposed orders, orders, and notices of all hearings.

Nothing contained herein shall be deemed to constitute a submission by Forum Trucking and Logistics, LLC to the jurisdiction of this Court with respect to any contested matter or adversary proceeding, nor shall it constitute a waiver of any rights, claims, defenses, objections, or remedies available to Forum Trucking and Logistics, LLC under applicable law. All such rights are expressly reserved.
Dated: July 6, 2026

Forum Trucking and Logistics, LLC
By their attorney

_____
Vanessa Norelus, BBO#679574
VSL Law Office
P.O. Box 240888
Boston, MA 02124
TEL: 857.654.6948
FAX: 617.507.4779

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 6rd day of July, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served electronically through the Court's CM/ECF system upon all parties receiving electronic notice in this case.

Vanessa Norelus, Esq.