United States Bankruptcy Court

District of Massachusetts

In re:                                                                          Case No. 26-40065-cjp

Jose Encarnacion                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4                          User: admin                                   Page 1 of 3

Date Rcvd: Jul 08, 2026                       Form ID: ntcacred                            Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |
| 21137622 | + | Benjamin Kwitonda & Zawadi, 148 Charter Oaks Dr, Louisville, KY 40241-2052 |
| 21137588 | + | Chantal Bukumi, 5619 Ree dr, Louisville Ky 40216-1263 |
| 21137589 | + | Chantal Bukumi, Steven Ndiramiye, Ns, 1743 Patton Ct #53C, Louisville, KY 40210-5353 |
| 21137598 | + | Christian Byiringiro & Divine Murisa, 203 Hoskins St, High Point, NC 27260-4155 |
| 21137606 | + | Clemence Muziranenge, 3113 East Canary street, Appleton, WI 54915-3386 |
| 21137585 | #+ | Diane Nyirabeza, 4913 Tenshaw Dr., Dayton, OH 45417-5933 |
| 21137600 | + | Dina Uwamahoro, 1256 Wilson Ave, St Paul, MN 55106-5787 |
| 21137591 | + | Divine Inzozi, 5636 Brampton pl, Clayton OH 45315-7906 |
| 21137607 | + | Eric Tuyishime, 13409 Nancy Reagan St, Manor, Texas 78653-2570 |
| 21137599 | | FORUM TRUCKING & LOGISTICS LLC, 1268 Grove St, Menasha, WI 54952 |
| 21137602 | | Faustine Mugabo, 920 Plank Rd, Menasha, WI 54952 |
| 21137593 | + | Fiston Ngabonziza, 5636 Brampton pl, Clayton OH 45315-7906 |
| 21137612 | + | Francoise Mukandekezi, 2100 Abbey Ave #2, Oshkosh, WI 54904-6432 |
| 21137620 | + | Fred Mbonigaba, 3 Hunnewell Rd, Worcester, MA 01606-1309 |
| 21137597 | + | Furaha Charlotte, 203 Hoskins St, High Point, NC 27260-4155 |
| 21137611 | | Gentille Mwamini, 704 St Locust, Appleton WI 54914 |
| 21137604 | + | Guido Hategekimana, 233 Magnolia Dr., Shepherdsville KY 40165-7728 |
| 21137618 | + | Ignace Harerimana, 4119 Parkway Dr, Dayton, OH 45416-1636 |
| 21137594 | + | Isaac Nkurunziza, 7034 Bellcreek Ln, Dayton, OH 45426-4729 |
| 21137613 | + | Jacqueline Batamuliza, 609 Charter St, High Point, NC 27260-5514 |
| 21137586 | + | Jacques Serugaryi, 4913 Tenshaw Dr., Dayton, OH 45417-5933 |
| 21137615 | + | Jean Claude Festo, 1200 Arrowhead Ct., High Point NC 27265-1222 |
| 21137603 | + | Jeanne Nyiraguhirwa, 2835 Lakeview Ave, Dayton, OH 45417-3654 |
| 21137610 | + | Justine Mukandori Naphtar kaneza, 952 Pierce Ave, Oshkosh, WI 54902-3450 |
| 21137590 | + | Madeleine Nyirakanyana, 5636 Brampton pl, Clayton OH 45315-7906 |
| 21137608 | | Mudari Emmanuel Gasiza, 1316 Blustery Dr., Greenville WI 54942 |
| 21137623 | + | Murenzi Jackson, 2312 Southwood dr apt 8, Appleton, WI 54915-1451 |
| 21137584 | + | Nadine Dusabe, 83 Constitution Ave, Worcester, MA 01605-3507 |
| 21137605 | + | Niyomugabo theogene, 4912 Atwater dr, Columbus OH 43229-5102 |
| 21137582 | + | Nkurunziza Marcell, 736 Ellsworth dr, Dayton oh 45426-2516 |
| 21137619 | + | Nsabimana Damascene, 2910 Rugby Rd, Dayton, OH 45405-2238 |
| 21137614 | + | Olivier Shema & Martin Manzi, 314 Hamilton St, Southbridge MA 01550-1816 |
| 21137583 | + | Sarah nyiradamu, 3807 Lakebend Dr., Dayton, OH 45404-2902 |
| 21137609 | + | Solange Masengesho, 304 Shindler place #108, Menasha WI 54952-1286 |
| 21137616 | + | Theogene bigirimana, 7020 Rainier Ave S APT 409, Seattle, WA 98118-3877 |
| 21137587 | ++++ | YVETTE UMUHOZA, 20300 SE MORRISON TER APT 1110, GRESHAM OR 97030-2271 address filed with court:, Yvette Umuhoza, 20300 SE Morrison Terrace Q1110, Gresham Oregon 97030 |
| 21137592 | + | Yvette Mukashema, 5636 Brampton pl, Clayton OH 45315-7906 |
| 21137617 | + | Zuwena Ndayisenga, 1604 Bonaventure Rd, Greensboro NC 27408-5303 |

District/off: 0101-4                     User: admin                                    Page 2 of 3

Date Rcvd: Jul 08, 2026                  Form ID: ntcacred                              Total Noticed: 40

21137596        + sarah Nyiramahirwe, 4913 Tenshaw Dr, Dayton, OH 45417-5933

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21137621 | ##+ | Joramu Habimana, 971 Stead Dr., Menasha, WI 54952-2634 |
| 21137595 | ##+ | Nelly umutesi, 4913 Tenshaw Dr, Dayton, OH 45417-5933 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**Name**                    **Email Address**

Carl D. Aframe

on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net
connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe

on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net
connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe

on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net
connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Francis C. Morrissey

on behalf of Creditor Jessica Reyes Lambert fcm@mwzllp.com

Jonathan R. Goldsmith

on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com
bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com;ewl@efclaw.com

Jonathan R. Goldsmith

trusteedocs1@gkalawfirm.com
mwolohan@gkalawfirm.com;trusteedocs@gkalawfirm.com;mew@efclaw.com;MA43@ecfcbis.com

Jordan Schur

on behalf of Creditor ONSLOW BAY FINANCIAL successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY  FSB,
AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST jschur@houser-law.com, tbudraj@houser-law.com

Kevin D. Heitke

on behalf of Interested Party Victor Pereira kdh@hcalawri.com  becky@hcalawri.com

Kevin D. Heitke

on behalf of Interested Party Barbara Richardson kdh@hcalawri.com  becky@hcalawri.com

District/off: 0101-4                               User: admin                                          Page 3 of 3
Date Rcvd: Jul 08, 2026                            Form ID: ntcacred                                    Total Noticed: 40

Lee Harrington
                on behalf of Creditor Yolanda Venusto lh@ascendantlawgroup.com

Lee Harrington
                on behalf of Creditor Felix Bamboneyeho lh@ascendantlawgroup.com

Lee Harrington
                on behalf of Creditor Aime Mugabonihela lh@ascendantlawgroup.com

Lee Harrington
                on behalf of Creditor Herve Manirakiza lh@ascendantlawgroup.com

Lee Harrington
                on behalf of Creditor Eric Nikiza lh@ascendantlawgroup.com

Richard King
                USTPRegion01.WO.ECF@USDOJ.GOV

Richard T. Mulligan
                on behalf of Creditor Carrington Mortgage Services  LLC Richard.mulligan@brockandscott.com, wbecf@brockandscott.com

Troy D Morrison
                on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net
                morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

Vanessa Norelus
                on behalf of Creditor Forum Trucking and Logistics LLC vanessa@vsllaw.com  stleger.v@gmail.com


TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

---

In Re: Jose Encarnacion
Debtor,

Chapter: 7

Case No: 26−40065

Judge Christopher J. Panos

---

### NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor listed above was filed on **1/22/26**. On **JULY 6, 2026** , schedules of creditors filed by the above−named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

The trustee in this case is:

Jonathan R. Goldsmith
Jonathan R. Goldsmith, Trustee
67 Market Street
Springfield, MA 01103

A meeting of creditors was scheduled to be held on or will be held pursuant to 11 U.S.C. § 341(a), on **5/6/26** . Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

### Please be aware of the following important deadlines:

☑ Complaint objecting to the discharge of the debtor and/or to have a debt declared non−dischargeable, must be received by the bankruptcy clerk's office on or before **SEPTEMBER 6, 2026** .

☐ Deadline to file Proof of Claim for Added creditors only is . Claims can be mailed to the following address:

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

The attorney for the debtor is:

Troy D Morrison
Law Office of Troy D. Morrison
100 Front Street
Suite 400
Worcester, MA 01608

If you desire further case−related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above−named trustee.

Date:7/8/26

By the Court,

David Corchado
Deputy Clerk
508−770−8905