United States Bankruptcy Court

District of Massachusetts

In re: Case No. 26-40065-cjp

Jose Encarnacion Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4 User: admin Page 1 of 2

Date Rcvd: Aug 18, 2026 Form ID: ntcdefpc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Jeanne Nyiraguhirwa, 2835 Lakeview Ave, Dayton, OH 45417-3654 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Francis C. Morrissey | on behalf of Creditor Jessica Reyes Lambert fcm@mwzllp.com |
| Jonathan R. Goldsmith | trusteedocs1@gkalawfirm.com |

| | |
|---|---|
| | mwolohan@gkalawfirm.com;trusteedocs@gkalawfirm.com;mew@efclaw.com;js@efclaw.com;MA43@ecfcbis.com |
| Jonathan R. Goldsmith | on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com;ewl@efclaw.com |
| Jordan Schur | on behalf of Creditor ONSLOW BAY FINANCIAL successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST jschur@houser-law.com, tbudraj@houser-law.com |
| Kevin D. Heitke | on behalf of Interested Party Barbara Richardson kdh@hcalawri.com becky@hcalawri.com |
| Kevin D. Heitke | on behalf of Interested Party Victor Pereira kdh@hcalawri.com becky@hcalawri.com |
| Lee Harrington | on behalf of Creditor Felix Bamboneyeho lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Yolanda Venusto lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Aime Mugabonihela lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Eric Nikiza lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Herve Manirakiza lh@ascendantlawgroup.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Richard T. Mulligan | on behalf of Creditor Carrington Mortgage Services LLC Richard.mulligan@brockandscott.com, wbecf@brockandscott.com |
| Troy D Morrison | on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com |
| Vanessa Norelus | on behalf of Creditor Forum Trucking and Logistics LLC vanessa@vsllaw.com stleger.v@gmail.com |

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Jose Encarnacion ,<br>Debtor | Chapter: 7<br>Case No: 26–40065<br>Judge Christopher J. Panos |

**NOTICE REGARDING DEFICIENT FILING**
(POC AND RELATED DOCUMENTS)

**NOTICE IS HEREBY GIVEN** that your recent filing, Document **Proof of Claim #19** dated **AUGUST 14, 2026** in the above referenced case, was deficient and/or defective as noted below.

**PROOF OF CLAIM**

☑ **No Proof of Claim Form Filed or Old Form Used.** Please complete a Proof of Claim Form (Official Form 410) and file it with the Court. Attach any supporting documents you wish to include with your claim. Official Form 410 is available at www.mab.uscourts.gov.

☐ **Proof of Claim not signed.** Please file an amended claim (Official Form 410) with an original signature with the Court.

☐ **Proof of Claim is a copy; the signature is not original.** Please file an amended claim (Official Form 410) with an original signature with the Court.

**POSSIBLE PRIVACY PROTECTION VIOLATION**

☐ Fed. R. Bankr. P. 9037 governs the protection of privacy and security of information filed with the Court. Unless the Court orders otherwise, filings made with the court that contain an individual's social security number, taxpayer identification number, or birth date, the name of an individual, other than the debtor, known to be an identified as a minor, or a financial account number may include only:

- the last four digits of the social security number and taxpayer identification number;
- the year of the individual's birth;
- the minor's initials; and
- the last four digits of the financial account number.

The document filed by you in the above referenced case contains un–redacted personal identifiers which may be read by the public.

Please file a Motion to Redact this information and attach a redacted version of the document referenced above. The motion must be served on the debtor, any individual whose personal identifier have been exposed, the case trustee(if any), and the U.S. trustee. Please file a Certificate of Service with the motion. The fee for the Motion to Redact is $25.00 made payable to the U.S. Bankruptcy Court.

**RELATED DOCUMENT TO PROOF OF CLAIM**

☐ **Certificate of Service.** Debtors do not receive electronic service through the Court's ECF system. Pursuant to MLBR, Appendix 8, MEFR 9, debtors are entitled to conventional service through the US Mail. Please serve the debtor by first class U.S. Mail and file an amended Certificate of Service with the Court.

☐ **Signature Missing/Inadequate.** Documents filed with the Court must be signed. A scanned original or imaged signature is required, /s/ name is not permitted. Please refile.

☐ **Other**

FAILURE TO COMPLY MAY RESULT IN FURTHER COURT ACTION THAT COULD AFFECT YOUR RIGHTS INCLUDING, BUT NOT LIMITED TO, DENIAL OF THE RELIEF OR ACTION REQUESTED OR DISREGARDING YOUR CLAIM, AS APPROPRIATE.
YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.

| | | |
|---|---|---|
| ○ United States Bankruptcy Court<br>John W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 | ◉ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |

Date:8/18/26

By the Court,

Megan Heinrich
Deputy Clerk
508−770−8950

103