**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Jose Encarnacion<br><br>Debtor(s) | Chapter 7<br>26-40065-CJP |

# ORDER

**MATTER:**
#106 Second Motion filed by Assistant U.S. Trustee Richard King to Extend Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. Section 727 and for Filing Motion to Dismiss Pursuant to 11 U.S.C. Section 707(b)(1) &(3).

ALLOWED. THE DEADLINE FOR THE U.S. TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE UNDER 11 U.S.C. 727 AND/OR MOVE TO DISMISS THE DEBTOR'S CASE UNDER 11 U.S.C. 707(b) IS HEREBY EXTENDED THROUGH AND INCLUDING NOVEMBER 3, 2026.

Dated: 09/08/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge