United States Bankruptcy Court

District of Massachusetts

In re: Case No. 26-40065-cjp

Jose Encarnacion Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4 User: admin Page 1 of 2

Date Rcvd: Sep 08, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Encarnacion, 7 Lucian Street, Worcester, MA 01603-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl D. Aframe | on behalf of Petitioning Creditor Innocent M. Izabayo aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Akilmali Nkwaya Placide aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Carl D. Aframe | on behalf of Petitioning Creditor Eric Ndagijimana aframe@aframebarnhill.net connole@aframebarnhill.net;aframe@ecf.courtdrive.net |
| Francis C. Morrissey | on behalf of Creditor Jessica Reyes Lambert fcm@mwzllp.com |
| Jonathan R. Goldsmith | on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com |

| | |
|---|---|
| | bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com;ewl@efclaw.com |
| Jonathan R. Goldsmith | trusteedocs1@gkalawfirm.com mwolohan@gkalawfirm.com;trusteedocs@gkalawfirm.com;mew@efclaw.com;js@efclaw.com;MA43@ecfcbis.com |
| Jordan Schur | on behalf of Creditor ONSLOW BAY FINANCIAL successor-in-interest to WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER TRUSTEE OF OBX 2022-NQM9 TRUST jschur@houser-law.com, tbudraj@houser-law.com |
| Kevin D. Heitke | on behalf of Interested Party Victor Pereira kdh@hcalawri.com becky@hcalawri.com |
| Kevin D. Heitke | on behalf of Interested Party Barbara Richardson kdh@hcalawri.com becky@hcalawri.com |
| Lee Harrington | on behalf of Creditor Yolanda Venusto lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Aime Mugabonihela lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Eric Nikiza lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Herve Manirakiza lh@ascendantlawgroup.com |
| Lee Harrington | on behalf of Creditor Felix Bamboneyeho lh@ascendantlawgroup.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Richard T. Mulligan | on behalf of Creditor Carrington Mortgage Services LLC Richard.mulligan@brockandscott.com, wbecf@brockandscott.com |
| Troy D Morrison | on behalf of Debtor Jose Encarnacion tmorrison@morrisonlawpc.net morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com |
| Vanessa Norelus | on behalf of Creditor Forum Trucking and Logistics LLC vanessa@vsllaw.com stleger.v@gmail.com |

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Jose Encarnacion<br><br>Debtor(s) | Chapter 7<br>26-40065-CJP |

**ORDER**

**MATTER:**
#106 Second Motion filed by Assistant U.S. Trustee Richard King to Extend Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. Section 727 and for Filing Motion to Dismiss Pursuant to 11 U.S.C. Section 707(b)(1) &(3).

ALLOWED. THE DEADLINE FOR THE U.S. TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE UNDER 11 U.S.C. 727 AND/OR MOVE TO DISMISS THE DEBTOR'S CASE UNDER 11 U.S.C. 707(b) IS HEREBY EXTENDED THROUGH AND INCLUDING NOVEMBER 3, 2026.

Dated: 09/08/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge