UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JOSE ENCARNACION<br><br>Debtor | Chapter 7, No. 26-40065-CJP |

# REQUEST FOR EMERGENCY DETERMINATION OF CHAPTER 7 TRUSTEE'S MOTION TO COMPEL DEBTOR TO COMPLY WITH HIS STATUTORY DUTIES

NOW comes JONATHAN R. GOLDSMITH, the duly appointed Chapter 7 Trustee ("Trustee") in the above-captioned case and hereby moves this Court for the entry of an Order compelling the Debtor to comply with his obligations under 11 U.S.C. §§ 343 and 521 and the applicable Federal Rules of Bankruptcy Procedure. In support thereof, the Trustee states as follows:

1. The relief sought in this motion is necessary for the upcoming continued meeting of the creditors scheduled for October 2, 2026 at 2:00p.m. and therefore, requires an emergency determination.
2. That on January 22, 2026, an Involuntary Petition was filed against the above-named Debtor under the provisions of Chapter 7 of the Bankruptcy Code; subsequently, an Order for Relief was entered on February 27, 2026.
3. The initial Section 341 Meeting of Creditors was held on May 6, 2026 and continued several times with the most recent scheduled meeting set for October 2, 2026.
4. The Trustee was duly appointed and continues to serve as the Chapter 7 Trustee.
5. Pursuant to 11 U.S.C. §§ 343 and 521, the Debtor is required, among other things, to appear and submit to examination at the meeting of creditors, cooperate with the Trustee in the administration of the estate, and provide information and documentation reasonably necessary for the Trustee to investigate the Debtor's financial affairs and administer the bankruptcy estate.
6. The Trustee has repeatedly requested that the Debtor provide satisfactory evidence of verification of his Social Security number as required in connection with the administration of this bankruptcy case and the meeting of creditors.

7. Despite the Trustee's requests, the Debtor has failed to provide satisfactory verification of his Social Security number.

8. The Trustee has also requested that the Debtor provide certain information and documentation necessary to investigate the Debtor's assets, liabilities, financial affairs and transactions, including, without limitation, ***those items noted on the attached Exhibit "A."***

9. Despite repeated requests and having been afforded ample opportunity to comply, the Debtor has failed to provide the requested information and documentation.

10. The meeting of creditors has been continued on multiple occasions in order to afford the Debtor an opportunity to comply with his obligations and permit the Trustee to complete his examination.

11. The Debtor has failed to appear at one or more duly noticed continued meetings of creditors, including the continued meeting that was scheduled for September 10, 2026.[1]

12. The Trustee and/or his counsel have repeatedly advised the Debtor and Debtor's counsel of these deficiencies and of the Debtor's continuing obligation to comply with the requirements of the Bankruptcy Code.

13. Nevertheless, the Debtor has failed to cure these deficiencies.

14. The Debtor's continuing noncompliance has prevented the Trustee from completing the meeting of creditors and has materially impaired the Trustee's ability to investigate the Debtor's financial affairs and properly administer the bankruptcy estate.

15. A Debtor seeking the benefits afforded by Chapter 7 is required to perform the duties imposed upon him by the Bankruptcy Code and may not simply disregard his statutory obligations or the reasonable requests of the Chapter 7 Trustee.

16. Accordingly, an Order compelling the Debtor's immediate compliance is necessary and appropriate.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A. Requiring the Debtor, within five (5) days of entry of the Order, to provide the Trustee with satisfactory documentation verifying his identity and Social Security number;

---

[1] On the date of the scheduled meeting, the Debtor's counsel informed the Trustee that the Debtor would not be able to attend as a result of an alleged injury.

B. Requiring the Debtor, within five (5) days of entry of the Order, to provide all documents and information previously requested by the Trustee, including ***those items noted in the attached Exhibit*** **"A";**

C. Requiring the Debtor to personally appear and submit to examination at the continued meeting of creditors scheduled for October 2, 2026, at 2:00 p.m. and at any further continued meeting reasonably required by the Trustee;

D. Directing the Debtor to fully cooperate with the Trustee and comply with his obligations under 11 U.S.C. §§ 343 and 521;

E. Providing that the Debtor's failure or refusal to comply with the Court's Order may constitute grounds for further relief, including an objection to and denial of the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(6)(A); and

F. Granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR JOSE ENCARNACION

Dated: 9/23/26

By: *Isl Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH,
ESQ. (BBO No. 548285)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
Springfield, MA 01103
Tel: (413) 737-0260

# Exhibit "A"

1. Verification of SS #

2. List of all properties owned and/or sold by Trinity Estate Investments and Development, LLC in the last 6 years and need to know what happened to the properties (need closing statements for any property sold)

3. Documents relating to the rehabilitation for property located at 302-306 Sumner Avenue

4. Documents relating to the rehabilitation for propeiiy located at Berkshire Avenue

5. Documents relating to the rehabilitation for property located at 4 Hancock Street

6. Documents relating to the rehabilitation for propeiiy located at 6 Hancock Street

7. Documents relating to the rehabilitation for property located at 86 Lucern Road

8. Documents relating to the rehabilitation for property located at 7 Lucian Street

9. Need names of investors and how much they invested with the Debtor and/or Trinity Estate Investments and Development, LLC

10. Need copies of all insurance policies on properties listed above

11. Need a breakdown of all draws taken from Trinity Estate Investments and Development, LLC by Debtor (when and how much)

12. Need last 3 years of tax returns for Debtor (2023, 2024 & 2025 - **please note we have 2023 and 2025)**

13. Need last 3 years of tax returns for Trinity Estate Investments and Development, LLC (2023, 2024 and 2025)

14. Need information on the sale of the Lincoln (i.e. Bill of Sale)

15. Need M&T Bank statements for Trinity Estate Investments and Development, LLC from the date the account was opened in 2025 through April 2026

16. Full Financials for each year for Trinity Estate Investments and Development, LLC (2021 - 2025)

17. DCU Bank statements for January 2021 - April 2026 **(please note that we are missing May 2022 and May 2023)**

18. Who was the officer and who had the corporate governance of the church for the last 5 years (2021 - 2026)

19. Citizens Bank statements (missing the following: May 2022 - July, August, October and December 2023 - Jan., Feb., March, April, May, June, July, August, Sept. and Dec. 2024 - Jan., Feb., March, May, June, July, Aug., Sept., Oct., Nov. and Dec. 2025 - Jan, Feb., March and April 2026)

20. Need statements regarding any digital payment platforms (i.e. CashApp, PayPal, Venmo, Zelle, Square, MoneyGram and Western Union) made by the Debtor and or Trinity Estate Investments and Development, LLC from January 1, 2023 to February 27, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JOSE ENCARNACION<br><br>Debtor | Chapter 7, No. 26-40065-CJP |

**CERTIFICATE OF SERVICE**

I, JONATHAN R. GOLDSMITH, ESQ., of EGAN, FLANAGAN & COHEN, P.C., 67 Market Street, Springfield, Massachusetts, do hereby certify that I served a copy of the Request for Emergency Determination of Chapter 7 Trustee's Motion to Compel Debtor to Comply with his Statutory Duties upon the Debtor, Debtor's counsel, Office of the U.S. Trustee and all creditors listed on the Debtor's matrix, all as more fully set forth on the attached Service List, by electronic mail or by mailing, first class mail, postage prepaid, on this 23rd day of September, 2026.

*/s/ Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.

Olivier Shema
1835 W. Pershing Street
Apt. 209
Appleton, WI 54914-5805

Troy D Morrison, Esq.
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA 01608-1455

Jose Encarnacion
7 Lucian Street
Worcester, MA 01603-2411

Eric Ndagijimana
2516 Maggie Cove
Lexington, KY 40511-8636

Carrington Mortgage Service
P.O. Box 54285
Irvine, CA 92619

Yacquub Abubakar
10 Cawfield St
APT 2
Boston, MA 02125-3885

Digital Federal Credit Union
P.O. Box 9123
Marlborough, MA 01752

Akilmali Nkwaya Placide
1328 Greendale Road
Lexington, KY 40511-8992

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Fl.
Worcester, MA 01608-2361

Robert S. & Immelde Zebedayo
21 Calumet Avenue
Worcester, MA 01606-2103

Ridwaan Abubakar
10 Cawfield Street
APT 2
Boston, MA 02125-3885

Forum Trucking and Logistics, LLC
1208 Grove Street
Menasha, WI 54952-2012

Innocent M. Izabayo
1555 Eastland Parkway
Apartment 2004
Lexington, KY 40505-2991

Carrington Mortgage Service LLC
1600 S Douglas Rd, Ste 110
Anaheim, CA 92806-5951

Jessica Reyes Lambert
6 Hancock Street
Worcester, MA 01610-1612

JOSE ENCARNACION
7 LUCIAN STREET
WORCESTER, MA 01603

TROY D MORRISON
255 PARK AVENUE
SUITE 702
Worcester, MA 01609