**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Jose Encarnacion<br><br>Debtor | Chapter 7<br>26-40065-CJP |

**ORDER**

**MATTER:**
#118 Motion filed by Trustee Jonathan R. Goldsmith to Compel Debtor to Comply with Statutory Duties [Emergency Determination Requested].

THE REQUEST FOR EMERGENCY DETERMINATION OF THE CHAPTER 7 TRUSTEE'S MOTION TO COMPEL DEBTOR TO COMPLY WITH HIS STATUTORY DUTIES [ECF NO. 118] (THE "MOTION") IS GRANTED AS FOLLOWS.

THE DEBTOR, JOSE ENCARNACION (THE "DEBTOR"), SHALL FULLY COOPERATE WITH THE TRUSTEE AND COMPLY WITH HIS OBLIGATIONS UNDER 11 U.S.C. SECTIONS 343 AND 521.

THE DEBTOR IS REQUIRED TO PERSONALLY APPEAR AND SUBMIT TO EXAMINATION AT THE CONTINUED MEETING OF CREDITORS SCHEDULED FOR OCTOBER 2, 2026 AT 2:00 P.M.

ON OR BEFORE SEPTEMBER 30, 2026, THE DEBTOR SHALL PROVIDE ALL DOCUMENTS AND INFORMATION PREVIOUSLY REQUESTED BY THE TRUSTEE, INCLUDING THOSE ITEMS IDENTIFIED IN EXHIBIT A TO THE MOTION (THE "DOCUMENT PRODUCTION").

IF THE DEBTOR OBJECTS TO ANY PROVISION OF THIS ORDER, INCLUDING ANY SPECIFIC DOCUMENT PRODUCTION, THE DEBTOR SHALL FILE AN OPPOSITION IDENTIFYING HIS OBJECTION WITH SPECIFICITY ON OR BEFORE SEPTEMBER 28, 2026 AT 11:59 P.M. AND, IF HE FILES AN OBJECTION, HE IS ALSO ORDERED TO APPEAR, TOGETHER WITH HIS COUNSEL, AT A HEARING SCHEDULED FOR SEPTEMBER 29, 2026 AT 1:00 P.M. (THE "HEARING"). THE HEARING WILL BE CONDUCTED IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608.

DEBTOR'S COUNSEL SHALL PROVIDE A COPY OF THIS ORDER TO THE DEBTOR BY EMAIL AND SHALL TELEPHONE THE DEBTOR.

Dated: 09/24/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge