**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
Jose Encarnacion
Debtor

Chapter 7
26-40065-CJP

**ORDER**

**MATTER:**
#118 Motion filed by Trustee Jonathan R. Goldsmith to Compel Debtor to Comply with Statutory Duties [Emergency Determination Requested].

NO OBJECTION HAVING BEEN FILED BY THE DEBTOR TO THE ORDER ENTERED AT ECF NO. 119 (THE "9/24/2026 ORDER"), THE HEARING SCHEDULED FOR SEPTEMBER 29, 2026 IS CANCELLED.

THE DEBTOR SHALL COMPLY WITH THE 9/24/2026 ORDER AS STATED IN THE ORDER.

Dated: 09/29/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge